United States District Court Clerks
Office, 333 Constitution Avenue NW, Room 1225
Washington DC [20001]
without Prejudice UCC-1-207

Steven Dean Turner Jr
(AV2641)
California Correctional Institution
4-8-4-C-209 PO Box 1906
Tehachapi California [93581]
without Prejudice UCC-1-207

Steven Dean Turner Jr
Plaintiff(s)/Petitioner(s)

VS.

Paul A. Bacigalupo, Kamala D. Harris,
Gerald A. Engler, Sherri R. Carter,
Jacquelyn Lacey and all known and
unknown defendant(s)/respondent(s)
Including the People for the State of California

Defendant(s)/Respondent(s)

Case: 1:17-cv-01209   (G Deck)
Assigned To : Unassigned
Assign. Date : 6/19/2017
Description: Habeas Corpus/2241

CIVIL COMPLAINT
IN THE FORM OF A
HABEAS CORPUS
DEMAND FOR JURY TRIAL

Demand for Jury trial, in this civil
Complaint, in the form of a Habeas Corpus
due to a fraudulent Judgment entered
by Paul A. Bacigalupo, Judge of the Superior
Court and illegally affirmed by California
Supreme Court Justice of California case #'s TA132492-01
1524011S. Plaintiff(s)/Petitioner(s) seeks declaratory relief
pursuant to 28 U.S.C. section 2201 and 2202. Plaintiff(s)/Petitioner(s)
claims for injunctive relief are authorized by 28 U.S.C. section 2283
§ 2284 and rule of the Federal rules of civil procedures.



RECEIVED
Mail Room

JUN 1 9 2017

Angela F          Clerk of Court
U.S. District Court, District of Columbia

1

IN THE NAME OF ALLah
THE MOST GRACIOUS
THE MOST MERCIFUL

MUTAFFIFEEN - 83
Dealing in Fraud

In the name of Allah The Most Gracious
the Most Merciful

1. _____
2. _____ exact full measure,
3. _____
4. _____
5. Unto (SHAHEED),
6. _____
7. _____
8. _____
9. (There is) a Record (to be) perused.



"YA ALLAH"

FORGIVE ME FOR ANYTHING I SAID WRONG, THAT AFFENDED YOU OR ANY OF YOUR SERVANTS.

AND ALL THE PRAISE IS DUE TO YOU, FOR ANYTHING I SAID RIGHT.

FOR SURELY, I AM WEAK AND PRONE TO MISTAKES.

_AMIN_



CIVIL COMPLAINT IN THE

FORM OF A

HABEAS

CORPUS

"The Writ of Habeas Corpus by which the legal authority under which a person may be detained can be challenged, is of immemorial antiquity. After a checkered career in which it was involved in the struggles between the Common Law Courts and the Courts of Chancery and the Star Chamber, as well as in the conflicts between Parliament and the Crown, the protection of Writ,

Was firmly written into English Law by the Habeas Corpus Act of 1677. Today it is said to be perhaps the most important Writ known to the Constitutional Law of English/England"... Charles Alan Wright, the Law of Federal Courts §53, at 350 (5th ed. 1994) (quoting Secretary of State for Home Affairs V. O'Brien [1923] A.C. 603, 609)

Habeas Corpus (hay-bee-as-kor-pas).
[Law Latin "That you have the body"]

# TABLE OF CONTENTS

TABLE OF AUTHORITIES

ISSUES RAISED

REASONS FOR GRANTING HABEAS CORPUS / CIVIL COMPLAINT

STATEMENT OF FACTS

ARGUMENT

1. THE CLERKS OFFICE OF THE CALIFORNIA SUPERIOR COURTS, WHO HAVE REALIZED THERE IS NOW BIG MONEY IN THE ILLEGAL SLAVE TRADE OF **HAPLESS PRISONERS**, ARE NOW ISSUEING "ABSTRACT OF JUDGEMENT" IN LIEU OF VALID "JUDGEMENT OF CONVICTION"

2. "THE ABSTRACT OF JUDGEMENT IS NOT THE JUDGEMENT OF CONVICTION. BY ITS VERY NATURE, DEFINITION, AND TERMS, IT CANNOT ADD OR MODIFY THE JUDGEMENT WHICH IT TO DIGEST OR SUMMARIZES."

3. THE STATE CANNOT MAKE PAPER LEGAL TENDER FOR THE PAYMENT OF ANY DEBT, OR FOR ANYTHING FOR THAT MATTER, WITHOUT VIOLATING ARTICLE 1, SECTION 10 OF THE U.S. CONSTITUTION

CONCLUSION

APPENDIX A
     OF
EXHIBITS

TABLE OF AUTHORITIES
     Cases

People v. Hartsell (1973) 34 CA 3d 8, 109 Cal Rptr 627

Hager v. Reclamation District # 108, 111 U.S. 701,

Bearden v. Georgia, 461 U.S. 660, 103 S Ct. 2064, 76 L
Ed 2d 221 (1983)

State v. Williams, 288 So. 2d 319 (La. 1974)

State v. Anderson, 95-1688 (La. App. 2d Cir. 5/8/96),
677 So. 2d 480, (and most importantly)

Tate v. Short (1971) 28 L Ed 2d 130. 401 US 375, 91
S. Ct 668

Williams v. Illinois (1970) 26 L Ed 2d **586**, 399 US
235, 90 S Ct 2018

Re Gibson (1867) 31 C 619

②

*People V. Sourisseau (1994) 62 CA 2d, 145 P.2d 916*

*Payne V. Madigan (1960) CA 9 (9Cal) 274 F 2d 702, affirmed (1961) 366 US 761, 6 L Ed 2d 853, 81 S. Ct 7, re: hearing denied (1961) 368 US 871, 7 L. Ed 72, 82 S. Ct et seq.*

*United States V. Battista (1969) CA 3 (Pa) 418 F 2d 573.*

*Baca V. United States (1967 CA 10 N.M) 383 F.2d 154, Cert den (1968) 370 US 929, 19 L. Ed 2d 994, 88 S. Ct 868;*

*Kennedy V. Reid, 101 US App. D.C. 400, 249 F 2d 492, 497-501*

*Meredith V. Gough (1948 CA 5 CAL) 168 168 F.2d 193, Cert den. (1948) 335 US 873, 93 L. Ed 417, 69 S. Ct 166;*

*Swift V. Daniels, 2nd Dist. 103 Cal. App 3d 263, 162 Cal. Rptr. 863*

*People V. Howard (1925) 72 , 561, 237 P. 780;*

*In re Estrada, (1965) 63 Cal 2nd 740, 750;*
*In re May, (1976) 62 Cal 3d 552,*
*In re Huffman, (1986) 42 Cal 3d 552)*



1. People v. Cooks (1997) 55 Cac. 4th 797, 811)
2. In re Harris (1993) 5 Cac. 4th 813, 842;
3. People v. Jarruto (1973) 9 Cal. 3d 753, 763.
4. People v. Chagolla (1983) 144 Cal. 3d 422, 434
5. In re Preston, (2009) 176 cac. 4th 1109, 1114)
6. In re Birdwell (1996) 50 cac. 4th 926, 930;
7. In re Harris, supra, S. cac. 4th 813, 842,



# Constitutions and Codes

The 13th Amendment

Declaration of Independence
        July 4th 1776

U.S Constitution Article 1 section 10

Equal Protection Clause

5th Amendment

Bill of Rights

46 American Jurisprudence 2d § 90 signature

California Penal Code § 1213.5
Code of Civil Procedures § 677.3N (California Penal
Code Desktop edition 2005)
the F.R.C.P. Federal Rules of Civil Procedures rule
32(b)
California Guerament Code §§ 11344-11350.3
Penal Code § 1213.
Penal Code § 1207
California Civil Code of Procedures, CCP § 635
CCP §§ 1908/1908.5
CCP §§ 668, 670, 673, 674

⑤



1. Civil Code § 23.
2. CC § 23.11872
3. CCP § 1888
4. CCP § 1894 sub d.
5. Penal Code § 1473
6. Penal Code § 1474

# ISSUES PRESENTED TO
## THE COURT
### ~ ISSUES RAISED ~

1. Since 1993 have hundreds of thousands of people in the formerly Proud California Republic been wrongfully and illegally tossed in Jail to rot?

2. Has the entire California Court system been turned into a gigantic for profit business?

3. Are the California Courts now nothing more than Corporate, Commercial tribunals?

4. Is the Legal system's only goal to Kidnap and abduct its former Citizens, now turned into Rightless "Residents," in order to shang-hi them into Slavery?

5. Have a Villainous few members of an exclusive private Club called the BAR Association, now made billions from Servitude and suffering off the backs of men and women now serving sentences in a horrific state of involuntary servitude?

6. Is it possible to illegally imprison people in America today without an actual "Judgement of Conviction," Signed by a Judge and entered into the public Record by the Clerk?

⑦

## REASON FOR GRANTING HABEAS CORPUS

## CIVIL COMPLAINT

This Habeas Corpus petition seeks to settle important questions of law, in the Interest of Justice." I demand a Jury Trial.

## STATEMENT OF FACTS

Currently the State of California has been told by the California Supreme Court and the US Supreme Court that Conditions in it's prisons Constitute "Cruel and Unusual Punishment." They have been ordered to release at least 40,000 people. When Jerry Brown was governor the last time around in the 1970's, he screwed up the legal system so **badly** with the Judges he appointed, like Chief Justice Rose Bird, that the people of California tried to stop him. They attempted to impeach Rose Bird and then used the ballot initiative process to stop making the Courts a revolving door for Criminals and prisons luxury hotels for life for inmates on death row.

So they passed the horrificaxxy bad and ill Conceived "Three Strikes" Law. It says if you had three felony Convictions you would now spend the rest of your life behind bars. But there was no level of harm placed on the felonies, so now you have tens of thousands of nonViolent offenders, or people that Just got railroaded by the

⑧

police, attorneys, and Judges in the system for things like drug possession or writing bad checks now doing hard time for life! And the good people of California maybe didn't realize that putting people in Jail, much less forever, was expensive! From $50,000 to $75,000 a year, which is more than it takes to get an education at a state owned and operated school! We also now have "Enhancements" on most of all sentences, where someone are doing 3-5 is now doing 10-14 based on how the Judge feels that day... or is Just another "Revenue Enhancement" for the state, which is exactly what it is _____ ) Gov. Jerry Brown and the state of California was ORDERED by its own Supreme Court to release 40,000 of these people JUNE OF 2011. ALL California did was thumb their nose at the Feds and their own State Courts and said, "No thanks! We're keepin'em! This led to the farcical scene of the sentencing of Dr. Conrad Murray, the man who put Michel Jackson to sleep... forever. After an almost hour tirade of everything that Murray did wrong to deserve his time in Jail, by giving a life long drug addict his final Cocktail, the Judge then said it was ILLEGAL for him to remand Murray to the State prison System, BECAUSE IT WAS FULL! And now Murry is free, after doing all his little time at the downtown LA Twin Towers County Jail under the none too tender mercies of the County Sheriffs Department.

(9)

Why? What has led to this? Why would California,
a state that purports to be flat broke busted and
$65 Billion! in the hole, not jump at the chance to
release non-violent men and women costing them
$75000 a year to keep locked up? People who could be
contributing to society instead of costing it astrono-
mical amounts of money, who could easily be tracked
with anklets electronically for 1% of the cost.

Since 1993, when the prison industry in California
was turned over to private hands, it has flourished expone-
ntially. The captive prison population has soared even
though crime has gone down, where a select few are
being fabulously enriched all at the expense of the
over burdened taxpayer. One former judge, who dem-
anded he remain anonymous, said, "The prisoners in
California are just on the wrong side of all the corrup-
tion going in." So how deep, exactly, asked Alice
does the Rabbit hole go?

## ARGUMENT

I. PETITIONER ARGUES AND CONTENTS THAT THE CLERK'S
OFFICE OF THE CALIFORNIA SUPERIOR COURTS, WHO HAVE
REALIZED THERE IS NOW BIG MONEY IN THE ILLEGAL SLAVE
TRADE OF HAPLESS PRISONERS, ARE NOW ISSUEING "ABSTRACT
OF JUDGEMENT" IN LIEU OF VALID "JUDGEMENTS OF CONVICTION!"

### Argument Summary

As defined in Black's Law Dictionary 5th Edition, an
Abstract of Judge ment is:

   "A copy or summary of a Judgement that when filed



1. with the appropriate public office, creates a lien on
2. the judgement debtor's nonexempt property". An
3. "Abstract of Judgement" is merely a financial, mon-
4. etary encumbrance, which acts like a lien on property.
5. So what is the big deal? What is so wrong with filing
6. some silly property lien against an individual verses
7. a valid, legally required "Judgement of Conviction"?
8. Lets examine what a lien really is, before petitioner
9. answer this Question. According to Black's Law 5th Edition
10. a lien is:

11.    "A legal right of, or interest that a creditor has
12. in another's property, lasting usually until a debt or duty
13. that it secures is satisfied."

14.         Prior to the California Courts be-
15. coming nothing more than Corporate
16. Commercial Tribunals designed as profit centers for
17. the attorneys, courts, court personnel, jailers, prison guards
18. and their seemingly all-powerful Unions, the Superior Courts
19. of California used to issue "Judgement of Convictions".
20. These were signed by a Judge (on the public side) and
21. then signed and entered into the legal record by the Clerk
22. of the Court (on the private side) the problem with filing
23. a lien document verse an actual "Judgement of Conviction"
24. is it is ILLEGAL AND UNLAWFUL, where the people" of
25. there United States "are endowed by their Creator with
26. certain rights as quoted in the "Declaration of Independence"
27. of July 4, 1776:
28.

"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain UN-A-LIEN-ABLE rights and that among these are life, liberty and the pursuit of happiness." [Emphasis added.] Historically, an "Abstract of Judgement" is quite simply not a judgement or a judgement of conviction as originally stated by an original jurisdiction court in the case of People v. Hartsell (1973) 34 CA 3d 8, 109 Cal Rptr, 627.

II. PETITIONER ARGUES AND CONTENTS THAT "THE ABSTRACT OF JUDGEMENT IS NOT THE JUDGEMENT OF CONVICTION. BY ITS VERY NATURE, DEFINITION, AND TERMS, IT CANNOT ADD OR MODIFY THE JUDGEMENT WHICH IT — PURPORTS TO DIGEST OR SUMMARIZES."

Facts and Circumstance Relevant to This Issue

It is just one more piece of slight of hand, legal trickery and de facto villainy, like a "certificate" of Title on your car or house, which is NOT the actual TITLE! Or the Private Collection agency called the IRS pretending to be a court or the Judicial branch of government, handing out NOTICES of lien and levy, which ARE NOT actual LIENS and LEVIES, and have NO legitimate force! Nor do they have a Case number, nor are they signed by an actual Judge. They are a gigantic fraud that they trick and intimidate Counties and Banks to enforce for them. So why use a non-approved CR-290 "Abstract of Judgement" Form, which does not even preside, anywhere on it a live

for a Judge or Clerk's signature? Since an abstract
of Judgement encumbers one's property and property
rights, it falls under the category of a security, which
simply means "evidence of debt." in a very real sense
the abstract of Judgement is a negotiable instrument
by which someone is being enriched! But Who? A-ha!
Now the game is afoot! There is wherein the mystery lies!

    Article 1 section 10 of the U.S. Constitution
states very clearly that nothing but gold or silver could
be issued as lawful money. There has NEVER been a
Constitutional amendment or a Supreme Court decision
that has ever over turned this fundamental require-
ment that led to a sound economy for over 120 years.
What the 16th Amendment did was not only esta-
blish the Private Federal Reserve, to bring about a
FOREIGN MONEY SYSTEM as all the Private Fed banks
at that time were controlled by Europe.

    Then came the infamous HJR-192 passed
by the US Congress on June 5, 1933. This resolution was
only passed in desperation after Congressman Thomas
McFadden of Ohio was about to charge all the members
of Congress "with theft, fraud, conversion and high-
treason for violating their oaths to the Constitution; —
handing US banks over to foreign control and taking
ALL the gold, silver, titles and property of the people
the United States over to the Federal Reserve as —
Collateral for their bankruptcy and giving the American
people nothing back in return or in fair trade as all

(13)

Commercial Claw demands, so they offered up a system to pay, or more literally, "Set off, settle and discharge" all the debts of ALL Americans but even - that didn't last long. Petitioner does not see any - merit in trying to Argue HJR-192 in "any Court" or the basis of legal tender or any money statute; They are just too confusing, but petitioner do feel its "some what" appropriate, to explain his attempt in looking up "MONEY" in a black's law dictionary, or U.S. DOLLAR. Petitioner was forced to go back to the Third Edition in the 1930's to get any answer whatsoever. Black's Law says a U.S Dollar is "One troy ounce of .999 fine silver." And it goes on to define "FIAT CURRENCY" as "Any monetary unit not backed by gold or silver." After the Third Edition you will find no definitions at all. It is then just all left up to "Assumption" or de facto enforcement. what is legal tender here, not a FINE, but a state EXACTION is more precise and is the appropriate wording here be- cause the state cannot make paper legal tender for the pay- ment of any debt, or for anything for that matter, with- out violating Article 1, Section 10. See Hagar v. Reclamation district # 108, 111 U.S. 701, Which held:

"The Acts of Congress making Notes a legal tender DO NOT Apply to INVOLUNTARY Contributions in the nature of taxes or assessments exacted under State Laws."

Why would there be an exemption for a "state exaction"? Petitioner understanding is that if you owe the state money they can accept paper and anything they wish

but they cannot demand anything but lawful money backed by GOLD OR SILVER without violating their oath of office. Is this not the case, with petitioner bail, which "was" and is "330,000" where money was demanded, that was not backed by GOLD OR SILVER, due to petitioner inability to pay, he was forced to stay in Jail? Is not paying a single fine for "Exaction" Legal? CAN A MAN be placed in Jail, for the inability to pay, and forced to work off the fine? I look to the Court for guidance in this matter. See also Bearden v. Georgia, 461 U.S. 660, 103 S. Ct. 2064, 76 L. Ed. 2d. 221 (1983), State v. Williams 288 So. 2d 317 (La. 1974); State v. Anderson, 95-1688 (La. App. 2d Cir. 5/8/96), 677 So. 2d 480, and most importantly Tate v. short (1971) 28 L Ed 2nd 130. 401 US 395, 91 S. Ct 668, and Williams v. Illinois (1970) 26 L Ed 2d 586, 399 US 235, 90 S Ct 2018.

All these cases have stated that you cannot punish a person for a fine or debt as those paying would never go to Jail, work or be punished and those with inability to pay would always go to Jail. **This would violate the equal protection Clause.** Can petitioner respond, about his inability to pay with; he has no PUBLIC MONEY, all he have is PRIVATE money in gold and silver coin? Can a Judge still demand payment, after that response, without losing his immunity? petitioner looks to the Court for guidance in these matters

(19)

More facts facts and Circumstance
Relevant this issue

Petitioner return the Courts attention to a very small segment of society who recieves the benefits of these nefarious abstracts of Judgement. It the attorneys, the Judges, the assistant district attorneys, the Court personnel, the guards and their Unions and specifically, inside investors who acquire privileged inside information, for astronomical financial gains.

A "Judgement of Conviction signed by a Judge and entered by the Clerk is not some quaint Custom like the White Wigs and black robes worn in British Courts. It is mandated under the Law as stipulated in the Case of Re: Gibson (1867) 31 C 619:

"A Commitment to a State prison on Conviction and Sentence of a Felony must Consist of a Certified Copy of Judgement as entered in the minutes of the Court. A Commitment which Consists only of the history of Court proceedings against the prisoner is not merely defective, but wholly unknown to the Laws of the State"

Once again, here you see that the "Commitment" must Consist of a signed and certified Judgement signed by the Judge. It MUST then be entered into the minutes of the proceedings, which are then also Copy certified by the Court Clerk. This is there Legal responsibility. Was all this dismissed as some frivolous nonsense? Do the Judges and Clerks and attorneys that are Jamming the State's prisons with hapless, helpless men and woman



Just FORGET to do all the things they are legally re-
quired to do? The County of Los Angeles and the State
of California rely heavily on the bank of New York
Mellon Corporation for transactions into the Bond
markets. They handle all the bonds and loans to the
state. The economics of the prison industrial complex
generates a hardy capital gain for the select few at
no cost whatsoever to them, while unnecessarily burden-
ing the taxpayer with all of the heavy cost of putting
people in jail and then taking care of them after that.
What they're doing here in California is just plain
illegal and wrong! Especially when they (Attorneys
& Judges) incarcerate thousands who NEVER ACTUALLY
BROKE THE LAW but merely offended privately
copyrighted California CODE!
These privately copyrighted codes, go's back to the
Attorneys and their private club, otherwise known as the
B-A-R! The British Accreditation Registry, better known
as the bar association, domiciled within an area called
the CITY in London England and doing business in the US
as a foreign based s-corp through the state of Illinois, and
all its publishing houses in the USA.
        How is it that they get away with having the
state pay for their membership in an exclusive private
club? The state does not pay for jodi your health club,
or country club, or AAA membership! And yet hundreds
of judges and attorney's working for the state get all
their private membership dues paid each year by the



State. Can the Court explain how does this work exactly? When California have numerous laws ON THE BOOKS that require ALL lawyers be licensed by the State, like doctors. These laws are being ignored by the state, and just leaving it all up to the private Club of the **BAR Association.**

## Penal Code § 1207

Consider the very fact that the California Penal Code §1207 stipulates;

"A copy of the Judgement of Conviction shall be filed with the papers in the Case."

Even the Cross-reference section of the California Penal Code §1213.5 clearly sets forth the implementing authority for the Abstract of Judgement as stated:

"Lien of Judgement imposing fine, see Code of Civil Procedures §697.310, Cal Penal Code 2005 desktop edition the California Code beginning at § 697.311) referred to above, deals solely with liens in chapter 2 Articles 1 through 5."

Once again, there exists no Judgement of Conviction, although the Original lawful Courts, which appear to no longer exist in California as they have ALL been replaced by COMMERCIAL TRIBUNALS, are very much on point as shown in People v. Sourisseau (1974) 62 CA 2d, 145 F. 2d 916;"

When Judgement of imprisonment is regularly entered it becomes the Clerks duty, unless otherwise directed by the Court, to make forthwith a certified copy of the Judgement Certified

(18)

by him and the Judge and delivered to the proper officer." The entire California Judiciary cannot claim ignorance as to what the law requires. The F.R.C.P.-Federal Rules of Civil Procedure - Rule 32(b) states in relevant part:

"The Judgement shall be signed by the Judge and entered by the Clerk." The same as accorded by the same rule which is now amended under subparagraph (K):

"in the Judgement of Conviction, the Court must set forth the Plea, the Jury Verdict or the Court's findings, adjudication, and the sentence. If the (defendant) is found not guilty, or is otherwise entitled to be discharged, the Court must order the Judge M(U)ST sign the Judgement and the Clerk M(U)ST enter it." [Emphasis Added.]

As set forth in Payne v. Madigan (1960) CA 9 Cal) 279 F 2d 7??, affirmed (1961) 366 US 761, 6 L Ed 2d 853, 81 S. Ct 7, re: hearing denied (1961) 368 US 871, 7 L. Ed 3d 70, 82 S. Ct 22 et seq.

"Judgement of Conviction is one signed by the Judge."

Part of the 5th Amendment deals with "Procedural Due process," and "Substantive Due Process" and certain essential guarantees must be adhered to as shown in United States v. Battista (1967) CA 3 Pa) 418 F 2d 542, which mandates the following:

"Since the order of the Court below was not a final (app-

1  ealable Order, and since no Judgement of Conviction
2  or sentence of commitment was entered in accordance
3  with Rule 32, Court of Appeals Judgement as to that
4  order, was Void, since the Court was without Jurisd-
5  iction to adjudicate the Appeal." Please see Appendix
6  A of Exhibits, Exhibit A, B, C, have 3 different Abstract
7  of Judgements. None of them, where signed by a Judge
8  and entered into the minutes, by the Clerk.
9        Those individuals who have been appointed
10 or elected to the position of Judge are there to guard
11 and protect the collective and individual rights of the
12 people. They are not to turn the Courts of the State into a
13 Judicial Wal-Mart, wholesale Commercial (profit center)
14 for the unjust enrichment of a small portion of Society, all
15 members of the private exclusive gaming (Club, otherwise
16 known as the **BAR** Association, which is in fact nothing more
17 than a private organization which derives its foreign auth-
18 ority from the lawyer's Guild of Great Britain, hence the
19 use of the unconstitutional title "Esquire" after an attorney's
20 name, as a title from the **Queen of England**. please see
21 exhibit D of Appendix A.
22        The use of a negotiable instrument (since
23 there is no **LEGAL MONEY** since 1933) by way of an
24 "abstract of Judgement" presents the ILLUSION that
25 an actual Judgement or Judgement of Conviction must
26 exist somewhere in the permanent record of the Court, yet
27 it does not. The use of a negotiable **instrument**, such
28 as a bond, was more commonly known as a "debt for


(20)

Credit Swap," Under what is referred to as the
"Matching Principal" by the use of what is called a
"double bookkeeping entry", one on the private side,
and one on the Public side (see MODERN MONEY MECH-
ANICS by the Chicago Federal Reserve Board)
This is one of the best-kept secrets of the hierarchy
of attorneys engaged in what purports to be "public
service," while they themselves are being privately
enriched at great Cost to not just the taxpayers of
California but in every state in America.

They continue to create more and more privat-
ely Copyrighted "Code" violations and licensing require-
ments that generate a massive revenue stream for the
select few, while bankrupting the Average American.
The California legal system has created an entire slave
based sub-economy much like the hey-day of the Rum,
Guns, slave triangle trade out of Jamaica, using the prison
industry to ferment a derivative marketplace whose
value depends on performance-based instruments, such
as abstracts of Judgement, thereby employing a "Secondary
Source" or a "human Commodity" better known in most
Companies as a "HUMAN RESOURCE," like gold or oil or
water, which is just a polite word, again, for slavery,
through the illegal use of involuntary servitude! This
wretched state is of course, outlawed by the Bill of
Rights and the 13th Amendment of the US Constitution.
This is another form of slavery all over again! The Amer-
ican people are being led on a daily basis to the attorneys



private forum i.e. the Court's to be presented there
and offered up as a public sacrifice, while enriching
the social elite, which is a members only club, that
"petitioner" and the other "Hopless" americans, will
never be apart of. The State of California, is operating
a fraudulent Legal system. petitioner ask's the —
Court to Consider, what the Federal Rules of Criminal
procedures, rule 32, Which is 5th Amendment Compliant,
has to say as quoted in the Case of Baca v. United States
(1967) CA 10 N.M) 383 F. 2d 154 Cert den (168) 390
US 929, 19 L. Ed 2d 994, 88 S. Ct 868;

"it would seem that Rule 32 has, at a
minimim, enhanced prestige of the
written Judgement."

The same position has been established in the matter of
Kenned V. Reid, 101 US App. D.C. 400, 249 F. 2d 492, 497-501;

"it would seem that rule 32(6)
has, at a minimum, enhanced the
prestige of the written Judgement."

The Court went on to state:
"Commitment is mere evidence of authority for execution
of the Courts sentence and if Commitment is not in accord
with the Judgment, then the Judgment may be reversed on
a plea of Habeas Corpus for the purpose of determining —
whether detention of the petitioner is Lawful."

## Petitioner sentence
petitioner sentence is unlawful, unauthorize and im-
posed in excess of the Court's Jurisdiction, in re Estrada,



68 Cal. 2nd 740, 750, in re May, (1976) 62 Cal. 3d
552; in re Huffman, (1986) 42 Cal 3d 552) A
habeas Corpus will order a Court to review the Validity
of a Sentence when the face of the record shows that
it was imposed in excess of the Court Jurisdiction.
Even more, an Unauthorized sentence can be brought
before a Court by any means People V. Cox's (1997) 55
Cal. 4th 797, 811) and at anytime (in re Harris, (1993)
5 Cal. 4th 813, 842; People V. Serrato (1973) 9 Cal. 3d 753,
763, people V. Chagolla, (1983) 144 Cal 3d 422, 434)
So the general rule that habeas Corpus relief is not –
available for claims that were or Could have been –
raised on appeal does not apply here, especially when
the petitioner Contends that the trial Court imposed
an Unauthorized sentence (in re Preston (2007) 176
Cal. 4th 1109, 1114) And the rule that Unexplained delay
in seeking relief may bar habeas Corpus relief also does
not apply here (in re Birdwell (1996) 50 Cal 4th 926, 930;
petitioner is not of the people (by the Grace of The Most High)
that believe that the pronouncement of Judgment is the
Judgment of Conviction and that the oral pronouncement
is only a rendition from the bench of the Court's intent
otherwise referred to as the "rendition of Judgment" –
Although a "Judgment of Conviction" is reduced to Writing
and (sets) forth the Plea, Jury Verdict, the adjudication and
the Court's findings along with the sentence imposed.
An abstract of Judgment cannot exist without a "Judg–
ment (of) Conviction" that has been legally and lawfully

(23)

signed by the Judge (on the Public side ) and legally
entered into the record by the Clerk of the Court (on the
private side ). Petitioner do not believe that the —
"Minute Order" will merely suffice in lieu of a —
Valid Judgement of Conviction, but such is clearly not
the case, whereas Blacks Law Dictionary 5th Edition
defines the "Minute Order" as :

1. An order recorded in the minutes of the Court rather
than directly on the case docket. Although practices vary,
traditionally, when a trial judge is sitting officially, with
or without a Court reporter, the Clerk or the deputy Clerk —
keeps minutes. It is therefore a Minute Order. Also termed
"A Minute Entry."

2. A Court order not directly relating to a case, such
as an order adopting a local rule of the Court.

There can be various between oral sentences and
judgements as defined in the case of Meredith V.
Gough (1948) C AS Cal ) 168 165 F. 2d 193 Cert.
den. (1948) 335 U.S. 873, 93 L. Ed 417, 69 S. Ct.
166 :

"Clerk's minutes, signed by a Judge, is the unim-
peachable record of the sentence imposed which the
appellate Court must regard as true, if oral sentence
not conform to the written sentence signed by the
Judge, the trial Court alone has the power to make
this record conform to the truth, if it does not al-
ready do so."

In all (document) orders or contracts that require some type of enforcement of a right, an agreement or stipulation, it is an indispensable part of such a document that it be memorialized and signed in order for the document, order, contract or instrument to have any **Vitality. (Corbin on Contracts)**

The Courts will not even accept unsigned pleadings or an unsigned declaration or sworn affidavit that is not signed and notarized by a state appointed and **licensed** Notary, so why, in God's name, would the California Courts permit an unsigned "abstract of Judgment," which has not been authenticated by a California Superior Court Judge, who presided over the case?

And yet petitioner and the ~~sort of people~~ in California are, rotting in Prison right now, with no Actual Legal Judgment, lawful or authenticated Judgment, that we should be here in the first place.

## The CR-290

The CR-290 (Rev. January 6, 2007), which at the bottom of the form states: "Form Adopted for — mandatory use by Judicial Council of California. Petitioner ask the Court to examine the fact that it's adopted form. Not even an approved form in any sort of Compliance with the California Regulatory Notice Register, beginning with the California **Government** Code §§ 11349–11350.3 This requires that forms must go through a "Comment Period" prior to their approval.

1  Then the forms must be indexed and promulgated
2  in the register before they are finally approved.
3  "Adopted forms" are for emergency Temporary
4  use only, but still there are very specific require-
5  ments that must be adhered to in accordance with
6  the California Code of Regulations. Petitioner has come
7  to notice that the Courts and the State
8  have thrown the actual law and proper procedures
9  to the side, when there is a buck to be made and
10 people to be screwed.
11      The CR-290 form gives the appearance that it
12 derives it's authority from P.C. §§ 1213 and 1213.5
13 as stated on the last line.
14                          This form is prescribed under
15 P.C. 1213.5 to satisfy the requirements of P.C. 1213 for
16 determinate sentences. Attachments may be used but
17 must be referred to [and referenced] in this document.
18 Petitioner was forced to Pay "Close" attention to the
19 specific language in P.C. §§ 1213 which states in
20 relevant Part
21           "...Or a Copy of the entry of Judgement,
22 or, if the Judgement is for imprisonment in the State prison,
23 the implementing authority of this section is entirely
24 drawn from P.C. § 1207 "Entry of Judgment; filing
25 with Papers in the Case", which mandates in the rele-
26 vant Part: "A Copy of the JUDGEMENT OF CONVICTION
27 shall be filed with the papers in the case". [Emphasis
28 added.]

(26)

California issued the CR-291 "Report-Indeter-
minate Sentence or other Sentence Choices" which
was adopted in April 1990, although it mandates
that a Judge of the Superior Court must affix his
signature thereon and it also provides a space for
the Court Clerks certificate on the form.

The Actual Commitment - "CJ, State Prison,
Mental Health" or CYA form, is the "CRIM-105 01-05."
This crucial Key form acts as a "Bill OF Lading" for
the Commercial merchandise, which is now the newly
minted slave, or prisoner. This acts as a "Transport order"
for the County Sheriff and yet, again, this document
does not have any space or area for the signature of a
Judge or a Clerk, as is legally and mandated by
the Law. As set forth in the Case of ~~Swiff V.~~ Daniels
2nd Dist. 103 Cal App. 3d 263, 162 Cal. Rptr 865

"A **signed** Judgment is deemed indispensable
to the Validity of a Judgment and that it be signed by
a Judge." (46 AM JUT 2d §90 **signature**)
California Civil Code of procedures, CCP § 635 called
"Signing of Judgment or orders by presiding Judge or by
Judge Designated by Presiding Judge when Trial Judge
is Unavailable" States Very Clearly **:**
"in all cases where the decision of the Court has been enter-
ed in its minutes, and when the Judge who heard or
tried the Case is unavailable, the formal Judgment or
order Conforming to the minutes may be signed by the
Presiding Judge." // (See ME Practice Guide, Ch 119 —

(27)

Judgments, Ch. 326A). CCP §§ 1908, 1908.5 provide
for "Proof of Judgment," and CCP §§ 668, 670, 673,
674, provides for Procedures on how Judgments are
to be entered and the time constraints of the sentence
are involved. Petitioner ask, why are negotiable
instruments verses legitimate Judgement convictions
being used? the answer to this Question, and key to
this mystery can be found both the Civil Code and
Penal Code. CC §§ 23. Construction of Codes with
relation to California's 1872 Statutes:

  With relation to laws passed at the 1872 Session of
the Legislature, the political Code, Civil Code, Code of
Civil procedures and Penal Code, shall be **Construed** as
though each had been passed on the first day of the
Session." CC § 23.1 1872 says that the ~~Statutes~~ prevail
over Codes ".

  The provision of any Laws passed at the 1872
Session of Legislature which Contravenes or are inconsistent
with, the provisions of any of the four Codes passed at 1872 sess-
ion prevail (eg. H. 1951 Ch. 655. Most of us believe that
the Codes and the statutes are one and the same, Right? NO!
That is a total mistake because they clearly are not and
this is a blatant lie promulgated by the State to further
fleece the Sheeple. If the original statute reads diff-
erently than the penal Code, the statute MUST and will
ALWAYS prevail over the Code. If a statute prescribes
that specific acts must be performed that Violate a Criminal
statute, e.g. burglary, under the statute, requires the

(23)

1  (element) of breaking and entering or unauthorized

2  entry into a home or building without the owners consent

3  and that the act of theft was committed inside the

4  structure. Today's Code has eliminated the elements

5  of "breaking and Entering" or unauthorized entry

6  without the Owners Consent "So the statute prevails

7  over the Codes.

## Closing fact

9  The statute has always required that a Judgment of

10 Conviction be reduced to writing and that it be signed

11 by the Judge and entered by the Clerk as stipulated in

12 People V. Howard (1925) 72 C 561, 237 P. 780:

13   "A Certified Copy of Judgment of Conviction delivered

14 with the Convict and filed by the Warden of the State

15 Prison, as Commitment may be held by reasonable Const-

16 ruction of the language of Public Writing in CCP§ 1888

17 and within a class of such writings designated as and

18 other official documents in CCP§ 1894 sub. d." Petitioner

19 Conviction is illegal, fraudulent, null and void. Further

20 Petitioner saith not.

21                    ARGUMENT

22 III. THE STATE CANNOT MAKE PAPER LEGAL TENDER FOR THE

23 PAYMENT OF ANY DEBT, OR FOR ANYTHING FOR THAT MATTER,

24 WITHOUT VIOLATING ARTICLE I, SECTION 10 OF THE U.S

25 CONSTITUTION

26 That, since an abstract of Judgment encumbers one's

27 property and property rights, it falls under the category

28 of a security, which simply means "evidence" of "debt."

1. In a very real sense the abstract of Judgment is a
2. negotiable instrument by which someone is being
3. enriched. Article 1 section 10 of the US Constitution states
4. very clearly that nothing but gold or silver could be
5. issued as lawful money. There has NEVER been a
6. Constitutional amendment or a supreme court decision
7. that has ever over turned this fundamental requirement
8. that led to a sound economy for over 180 years

**Petitioners Contention(s)**

Petitioner Contends that Pursuant to:
In re Estrada (1965) 63-C2d 740, 48 Cr 172). This
Court has the Power to Modify Petitioner's Sentence
Pursuant to penal Code section 1474. Petitioner Con-
tends that He is suffering from Actual Unlawful Cus-
tody! Petitioner's Conviction Together with his Unauthorized
sentence must be set Aside.

**REMEDY SOUGHT / RELIEF RIGHTFULLY DEMANDED**

1. WHEREFORE, Petitioner Steven Dean Turner Jr. Seeks
Remedy from this Court as Follows:

2. That this Court "Order to show Cause" to the "ATTORNEY
GENERAL" as to why petitioner should not obtain the
remedy Sought / the relief rightfully demanded

3. That this Court Modify petitioner's sentence pursuant to:
Re Estrada (1965) 63-2d 740, 48 Cr. 172. See also
1474 and penal Code 1473 Unlawful sentence.

4. Or that this Court set aside petitioner's Conviction and
(A) the 20 year sentence in the Course of a evidentiary
Hearing. I demand a Jury Trial

5) that the Court Declare the rights of the parties
6) That this Court take Judicial Notice of Appendix A of Exhibit:
7) That this Court appoint Counsel
8) that this Court discharge the petitioner from Custody by virtue of process grounds: 1,2,3,4,5 and 6. of Penal Code § 1987
9) That the Court award petitioner damages
10) That the Court Grant any and all other relief found Necessary or appropriate.
11) Plaintiff(s)/petitioner(s) demand Jury Trial

Respectfully Submitted

Date: 6-25-17          By Steven Dean Turner Jr
                          STEVEN DEON TURNER, JR
                          without Prejudice UCC-1-207
                          Minister of the Universal Life Church
                          Internal Headquarters
                          601 3rd St, Modesto, California 95351
                          (207) 527-8111
                          (Seal)

31

# VERIFICATION

I have read the forgoing Habeas Corpus with its Appendix "A" of exhibits and Do Declare under the penalty of Perjury that the forementioned Statements are True and Correct and based upon my Information and belief. So help me God that this civic Complaint is true, correct and complete. Executed on this 15 Day of JUAE 2017 at Tehachapi, California

Date 6-25-17                    Respectfully Submitted

By _____

STEVEN DEON TURNER, JR.

without Prejudice UCC-1-207

Minister of the Universal Life Church International Headquarters

601 3rd St. Modesto, California 95351

(209) 527-8111

( Seal )

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS/CIVIL COMPLAINT

## I

THE TRUE AND SUPERIOR LEGAL AND LAWFUL VIEWING OF THIS CRIMINAL CASE IS THRU COMMERCIAL LAW.

27 CFR 72.11: Meaning of Terms -As used in this part, unless the Context otherwise requires; term shall have the meaning ascribed in this section... The terms- "includes" and "including," do not exclude things not enumerated which are in the same general class. (This statement would apply to terms like kidnapping versus Murder both are in the same class of crimes carrying life sentence)

Now back to 27 CFR 72.11. Any of the following of crime (Federal or State): offenses against the revenue laws; burglary; Counterfeiting; forgery; kidnapping; larceny; robbery; illegal sale or possession of deadly weapons; prostitution; extortion; swindling and obtaining money; and attempting to Commit; Conspiring to commit, or Compounding, any of the foregoing crimes. Addiction to narcotic drugs and use of marijuana will be treated as if such were Commercial Crimes.

This means without doubt "ALL CRIMES ARE COMMERCIAL". Additionally, under 28 USC 3002 Definition (15) "United States" means (A) a Federal Corporation; (B) an agency, department, Commission, board, or other entity of the United States, or (C) an

1. instrumentality of the United States. Again, we see
2. clear legal distinction of the U.S. and its instrumentality
3. State government as being Corporate in nature. Therefore,
4. all its business must be Commercial.

## II

## IN A COMMERCIAL VENUE UNIFORM COMMERCIAL LAW SUPERCEDES ALL OTHER LAWS

8. In Clearfield Trust Co V. U.S., 318 US 363 (1943)
9. the Court held that "If the U.S. is a party to an
10. instrument, its rights and duties are governed
11. by Federal Common Law in absence of a specific
12. Federal Statute or Regulation."
13. So Just what is Federal Common Law?
14. In Interpool LTD V. Char Yigh Marine (Panama),
15. S.A - 8.72.F.2d @ 1453 (1989) it states that "in
16. Maritime Commercial transactions, the Uniform
17. Commercial Code is taken as indicative of Federal
18. Common Law of Admiralty". But wait, there is one
19. more citation. In United States V. Kimbell foods
20. in., 440 US. 715 (1979) the Court stated a three-
21. pronged test to ascertain whether or not the Federal
22. Common Law rule should follow the State rule. In
23. most instances, Courts under Kimbell test have
24. shown a willingness to adopt the U.C.C. rules
25. in formulating Federal Common Law on the subject.
26. In Kimbell the Court "adopted the Priorities Rules of Article 9". With
27. that, there is a long-established precedent of UCC super-
28. ceding State Law!

# III

## STATE LAW PROHIBITS COURTS FROM AVOIDING APPLICATION OF LAW OF ADMIRALTY i.e. UCC AND UNDISPUTED FACTS

Cal. Evid. Code 451. Mandatory Judicial Notice: Judicial notice shall be taken of the following: (d): ... the Federal Rules of Civil Procedure; the Federal Rules of Criminal Procedure, the Admiralty Rules, ... the General Orders and forms in Bankruptcy. (e): facts and propositions of generalized knowledge that are so universally known that they cannot reasonably be the subject of dispute.

In the Instant Case (# TA132992-01) a FRAUD was perpetrated upon the PETITIONER, and cannot now be reasonably disputed. The defendant was led to believe the instant case was a criminal action at law with all his common law constitutional rights being protected, when in fact the instant case was a bankruptcy in rem foreclosure in admiralty/maritime jurisdiction. Please see Article 3 & 2 of the U.S. Constitution. There are "3" Jurisdictions — Cited there i.e., in law, equity and Admiralty/Maritime.

The Court has portrayed this action to a criminal action, as did all other participants, i.e. defense counsel, Court clerk and Deputy District Attorney. If the case at bar was a criminal action, then we eliminate "EQUITY JURISDICTION". That would

(3)

leave Common Law and Admiralty/Maritime.
"The Courts of the U.S. do not resort to Common Law
as a source of Criminal Jurisdiction, but can only
take cognizance of such crimes and offenses as
are expressly designed by the Laws of Congress, and
of which they are by such Laws given Jurisdiction."
Peters vs. U.S.C.A. 9 (Wash) (1899) 94 F. 127,
Mossew vs. U.S., C.C. ANY (1920) 266 F. 18. 11 ALR
1261. "The Federal Courts have no Common Law Juris-
diction in criminal cases, and Jurisdiction of such
Courts is wholly derived from acts of Congress."
Kitchens vs. Steele, W.D. Mo (1953) 112 F. Supp. 355
"The Courts of the U.S. have no Common Law Jurisdiction
in criminal cases." U.S. vs Shelton (1960) 100 F. 831
We conclude from the forgoing, if the U.S. district
Court does not have Jurisdiction under Equity or
Common Law, then State Court does not either, under
the fourteenth Amendment. In conclusion, if all Courts
can only derive authority under Admiralty/Maritime
Jurisdiction, then the exact nature and cause of
this Article 3 Court action has been initiated without
the knowledge or consent of the PETITIONER. The
Sixth Amendment to the U.S. Constitution guarantees
the right to know the nature and the cause of the
action against you. The attorney, judge or prosec-
utor never manifested that the trial was in a Court
under Military Executive Authority, Issuing out
Abstracts of Judgments which is not and won't be a

(4)

a Judgment of Conviction, by its very nature,
definition and terms. This was and is FRAUD.
Only under Martial Law Rule can Constitutional
Rights be suspended, where one is only allowed
Constitutional Privileges granted by the whim
of the Judge, better know as the Court dis-
cretion.

## IV

## THE COURT MUST CORRECT THE VOID JUDGEMENT
## BY VACATING ALL PREVIOUS ORDERS

The Trial Court has the authority to recall a case
if an error is discovered. see People v. Jackson
(1981) 121 Cal. App. 3d 862, 176 Cal Rptr. 166;
People v. Hickey (1980) 109 Cal. App. 3d 426, 167 Cal.
Rptr. 256. And to this end, once notice of such
error is served on the Court, it must schedule a hear-
ing within 120 days of receipt of the Notice. see
Penal Code §1170 et al.

## PETITIONER MUST BE PRESENT AT ANY
## AND ALL PROCEEDINGS

## V

In a Felony Case there is both a California Constitutional
Right to be present at a recall or void Judgment and
a Statutory provision, under Article 1 section 15 and
Penal Code 977 and 1193 respectively. The right
is of substantial importance because the PETITIONER
may be able to show cause why the Judgment should
not be pronounced or that there are grounds for a new

trial or for a motion in arrest of Judgment.
See Penal Code § 1201; In re Levi, (1952) 39
Cal. 2d 41, 45, 244 Pac. 2d 403, 406. A
personal Jurisdiction or the authority to Judge a
person, is primarily one of Venue or procedure. Generally
if one is standing in a Court it has some degree of
Jurisdiction over the person. Thus if one is named in
suit, but is "absent" from Court by being either
in prison or by escape, there is a want of Jurisdict-
ion over the person, and the Court Cannot proceed.
State V. Brown, 64 N/S.d 841, 849 (Tenn. 1933)
In closing the Facts are clear and equally as clear
now is the Law and right of the PETITIONER to be present
at any hearing on this "Notice of Petition For a Writ of
**Habeas Corpus**, to vacate the Void Judgment, for the
Abstract of Judgment, is not a Judgment of Conviction
by its Very **Nature**, Definition and terms, as a pro-
per Litigant Via Ferrata V. California 422 U.S.
806, 95 S. Ct. 2525

Respectfully Submitted

Date: 6-15-17                    By Steven Dean Turner Jr
          Seal                   STEVEN DEAN TURNER,

                                 with affiance in suit
                                 Minister of the Universal Life
                                 Church International Headquarters

(6)

# VERIFICATION

That I (Steven Dean Turner Jr) the undersigned, depose and certify, that I have written the fore-going with intent and understanding of purpose, and believe the statements allegations, demands and contents aforementioned to be true, correct and complete, Commercially Reasonable and Just, not meant to mislead, and to the best of my knowledge so help me God.

Without Prejudice Without Recourse

Date: 6-15-17

By Steven Dean Turner Jr

STEVEN DEAN TURNER JR, Affiant

vcc-1-857

Minister of the Universal Life Church

International Headquarters 601 3rd

Street Modesto California, 95351      (209) 527-8111

(Seal)

(7)

APPENDIX A
OF
EXHIBITS

APPX. (A. ABSTRACT OF JUDGEMENT

APPX. (B. ABSTRACT OF JUDGEMENT

APPX. (C. ABSTRACT OF JUDGEMENT

APPX. (D THE MEANS 13th AMENDMENT TO THE CONSTITUTION
FOR THE UNITED STATES OF AMERICA.)

APPX. (E. INQUIRY #16-24555, THE STATE ATTORNEY
GENERAL; LOS ANGELES COUNTY/DISTRICT ATTORNEY)

APPX. (F.A INCOMPLETE ORDER FROM THE SUPERIOR COURT)

APPX. (G. CREDENTIALS OF MINISTRY)

APPX. (H. Certificate of Service)

THIS APPENDIX IS ATTACHED TO THE MOTION FOR REQUEST FOR
JUDICIAL NOTICE OF EVIDENCE CODE 452 (b) (d) (g) 451 (f)
(g) 455, 457 . California Evidence Code and Federal Evi-
dence Codes 201 Additionally Rules of Court § 252 (a)

(1)

(1) (2) (A) (B) (C) (3) (6) activating Code of Civil
procedure + 707 + Cival Act 6 § 11



1  United States District and Bankruptcy
2  Court for the District of Columbia Office
3  Of the Clerk E. Barrett Prettyman Courthouse
4  Washington DC. 20001
5

6  Steven Dean Turner Jr
7     plaintiff(s)/petitioners)     ON CIVIL COMPLAINT IN THE
8  VS.                              FORM OF A HABEAS CORPUS
9  The People of the State of California   DEMAND FOR JURY TRIAL
   and All Known and Unknown        REQUEST FOR
   Defendent(s) and Respondent(s)   JUDICIAL NOTICE
         Defendant(s)/Respondent(s)  OF APPENDIX A
                                     OF RELEVANT
                                     EXHIBITS
       REQUEST FOR MANDATORY
   JUDICIAL NOTICE
   TO : THE HONORABLE PRESIDING JUSTICES IN THE UNITED
   STATES DISTRICT AND BANKRUPTCY :
   Pursuant to rule 8. 252(a)(1)(2)(A)(B)(C)(3)(b) of the
   California rules of court and Evidence Code sections 452(b)(d)
   (h) 451, (f)(h), 455, 459 petitioners)/plaintiff(s) request the
   honorable Court to please take Mandatory Judicial Notice of
   the following documents, that are related to this CIVIL
   COMPLAINT IN THE FORM OF A HABEAS CORPUS. specific-
   ally this CIVIC COMPLAINT IN THE FORM OF A
            (see next Page)

WRIT OF HABEAS CORPUS filed with this said court, items are attached to this motion............

1. Abstract of Judgment (APPX. A)
2. Abstract of Judgment (APPX. B)
3. Abstract of Judgment (APPX. C)
4. The Missing 13th Amendment to the Constitution for the United States of America (APPX. D)
5. The Inquiry / # 16-29555, The State Attorney General, Los Angeles County District Attorney (APPX. E)
6. A incomplete order form the Supreme Court (APPX. F)
7. Credentials of Ministry (APPX. G)
8. Certificate of Service (APPX. H)

This request for judicial notice is being raised on the following points and authorities below...

1. the Undersigned depose and certify that I have written the foregoing with intent and understanding of jury use and believe the statements, allegations, demands and content here into to true, correct and complete. Common all Reasonable and lawful to the best of my current knowledge and belief. So help Me God

Steven Dean Tyrrel Jr
Steven Dean Tyrrel Jr
without Prejudice UCC -1-207
Minister of the Universal Life Church

Date:
6-25-17

## POINTS AND AUTHORITIES

Pursuant to California Rules of Court rule 3.252(a) (1), (2), (A), (a), (C) (3), & (B) activating Code of Civil (procedure) & 909, Const. Art 6 § 11 the matter to be moved where not yet present to the trial Court, However, because the matters and documents are relevant to petitioner petition for a Writ of Habeas Corpus and the combined documents in conjunction with Petitioner Habeas Corpus 2:17-CV-00593-PA-JPR, as well as this Civil Federal Action in regards to the standard outlined in the Case in re Stephen H.S. California, 903 172 - 231 (2004) in regards to the favorable Court applying the "Same Evidence review upon Petitioner Petition for a Writ of Habeas — Corpus Whether there is some evidence in the record justifying a constitutional nexus between the Evidence, The Supreme Court of California, relied on to Conclude and determined whether the Supreme Court of California has Violated due process in a arbitrary manner factually and prejudicially, These Issues and Documents are crucial to the determination of Petitioner petition for a Writ of Habeas Corpus and future proceedings if need be, Petitioner respectfully request that this Honorable Court Please take Judicial notice of the documents above mentioned.

That I, the undersigned depose and certify that I have on under the penalty of the intent and understanding of purpose and I aver the statements, allegations, demands

and contents herein to be true, correct and complete and Commercially Reasonable and Just to the best of my knowledge and belief, So help me God.

Steven Dean Turner Jr

Date: 6-15-17

Steven Dean Turner Jr.

without prejudice ucc-1-207

Minister of the Universal Life Church International Headquarters

601 3rd Street Modesto, California 95351

witness my hand and seal this 15 day of JUNE in the Year of our Lord 2017

Steven Dean Turner Jr

Steven Dean Turner Jr., SUI JURIS

without prejudice ucc-1-207

Minister of the Universal Life Church International Headquarters 601 3rd st.

Modesto, California 95351 (209) 527-5111





OK TO GO STWD NOTED
NOV 12, 14 DC

## FELONY ABSTRACT OF JUDGMENT—DETERMINATE
### (NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED)

CR-290

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF. | |
|---|---|
| LOS ANGELES - SOUTH CENTRAL DISTRICT | AV8541 |

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**OCT 31 2014**

Sherri R. Carter, Executive Officer/Clerk
By Brandi Murdock, Deputy

| PEOPLE OF THE STATE OF CALIFORNIA vs DEFENDANT. | DOB ███/6/84 | TA132992-01 | -A |
|---|---|---|---|
| STEVEN DEON TURNER | | | -B |
| AKA: | | | -C |
| CII NO.: A███47906 | | | |
| BOOKING NO.: ███2434 | ☐ NOT PRESENT | | -D |
| FELONY ABSTRACT OF JUDGMENT | ☐ AMENDED ABSTRACT | | |
| ☑ PRISON COMMITMENT   ☐ COUNTY JAIL COMMITMENT | | | |

| DATE OF HEARING | DEPT. NO | JUDGE |
|---|---|---|
| 10/10/14 | SCH | PAUL A. BACIGALUPO |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER | ☐ IMMEDIATE SENTENCING |
|---|---|---|---|
| K. HINES | A. SAYLOR | X██9374 | |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | ☐ APPOINTED |
|---|---|---|
| S.I. COLLADO (DDA) | PRO PER | |

1. Defendant was convicted of the commission of the following felonies:

   ☐ Additional counts are listed on attachment
   _____ (number of pages attached)

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DATE/YR) | CONVICTED BY | | | TERM (L,M,U) | CONCURRENT | 10 CONSECUTIVE | CONSECUTIVE FULL TERM | INDETERMINATE SENTENCE (REFER TO item 6) | 654 STAY | SERIOUS FELONY | VIOLENT FELONY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | JURY | COURT | PLEA | | | | | | | | | YRS. | MOS. |
| 01 | PC | 246 | Shoot Occupied Motor Vehi | 2014 | 07 / 23 / 14 | X | | | U | | | | | | X | | 14 | 0 |
| 02 | PC | 29800(a)(1) | Poss f/arm by felon-prior(s) | 2014 | 07 / 23 / 14 | X | | | M | | X | | | | | | 1 | 4 |
| 03 | PC | 30305(a)(1) | Possession of Ammunition | 2014 | 07 / 23 / 14 | X | | | M | | | | X | | | | | |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed, "S," for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| COUNT | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

3. ENHANCEMENTS charged and found to be true for PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court

| ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | TOTAL |
|---|---|---|---|---|---|---|
| PC 667(a)(1) | 5 YRS | | | | | 5 | 0 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4. Defendant sentenced ☐ to county jail per 1170(h)(1) or (2)
   ☑ to prison per 1170(a), 1170.1(a) or 1170(h)(3) due to ☑ current or prior serious or violent felony ☐ PC 290 or ☐ PC 186.11 enhancement
   ☑ per PC 667(b)-(i) or PC 1170.12 (strike prior)
   ☐ per PC 1170(a)(3). Preconfinement credits equal or exceed time imposed. ☐ Defendant ordered to report to local parole or probation office.

5. INCOMPLETE SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |
| | |

| 6. | TOTAL TIME ON ATTACHED PAGES: | | |
|---|---|---|---|
| 7. | ☐ Additional indeterminate term (see CR-292) | | |
| 8. | TOTAL TIME. | 20 | 4 |

Attachments may be used but must be referred to in this document

Form Adopted for Mandatory Use
Judicial Council of California
CR-290 [Rev July 1, 2012]

## FELONY ABSTRACT OF JUDGMENT—DETERMINATE

Page 1 of 2
Penal Code
§ 1213, 1213.7

CR-290

| PEOPLE OF THE STATE OF CALIFORNIA vs |
|---|
| DEFENDANT: STEVEN DEON TURNER |

| TA409292-01 -A | -B | -C | -D |
|---|---|---|---|

**9. FINANCIAL OBLIGATIONS (plus any applicable penalty assessments):**

**a. Restitution Fines:**

Case A: $ 5000.___ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $ 5000.___ per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

Case B: $_____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $_____ per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

Case C: $_____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $_____ per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

Case D: $_____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $_____ per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

**b. Restitution per PC 1202.4(f):**

Case A: $_____  ☐ Amount to be determined   to   ☐ victim(s)*   ☐ Restitution Fund
Case B: $_____  ☐ Amount to be determined   to   ☐ victim(s)*   ☐ Restitution Fund
Case C: $_____  ☐ Amount to be determined   to   ☐ victim(s)*   ☐ Restitution Fund
Case D. $_____  ☐ Amount to be determined   to   ☐ victim(s)*   ☐ Restitution Fund
☐ *Victim name(s), if known, and amount breakdown in Item 13, below.   ☐ *Victim name(s) in probation officer's report.

**c. Fines:**

Case A: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ Includes: ☐ $___ Lab Fee per HS 11372.5(a) ☐ $___ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case B: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ Includes: ☐ $___ Lab Fee per HS 11372.5(a) ☐ $___ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case C: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ Includes: ☐ $___ Lab Fee per HS 11372.5(a) ☐ $___ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case D: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ Includes: ☐ $___ Lab Fee per HS 11372.5(a) ☐ $___ Drug Program Fee per HS 11372.7(a) for each qualifying offense

**d. Court Operations Assessment: $ 160.__** per PC 1465.8  **e. Conviction Assessment: $ 30.__** per GC 70373.  **f. Other: $____** per *(specify)*

**10. TESTING:** ☐ Compliance with PC 296 verified   ☐ AIDS per PC 1202.1   ☑ other *(specify):* DNA PER 296 PC

**11. REGISTRATION REQUIREMENT:** ☐ per *(specify code section):* _____

**12.** ☐ MANDATORY SUPERVISION: Execution of a portion of the defendant's sentence is suspended and deemed a period of mandatory supervision under Penal Code section 1170(h)(5)(B) as follows *(specify total sentence, portion suspended, and amount to be served forthwith):*

| Total: | Suspended: | Served forthwith. |
|---|---|---|

**13. Other orders** *(specify):* COUNT 4: 148(a)(1) PC (RESIST, OBSTRUCT, DELAY OF PEACE OFFICER OR EMT)- SERVE 4 MONTHS IN LOS ANGELES COUNTY JAIL. CONSECUTIVE TO COUNTS 1,2 AND 3. SENTENCE MAY BE SERVED IN ANY PENAL INSTITUTION.

**14. IMMEDIATE SENTENCING.** ☐ Probation to prepare and submit a post-sentence report to CDCR per 1203c
Defendant's race/national origin: BLA _____

**15. EXECUTION OF SENTENCING IMPOSED**
a. ☑ at initial sentencing hearing
b. ☐ at resentencing per decision on appeal
c. ☐ after revocation of probation
d. ☐ at resentencing per recall of commitment (PC 1170(d).)
e. ☐ other *(specify)*

**16. CREDIT FOR TIME SERVED**

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| A | 200 | 174 | 26 | [  ] 2933 [  ] 2933 1 [  ] 4019 |
| B | | | | [  ] 2933 [  ] 2933 1 [  ] 4019 |
| C | | | | [  ] 2933 [  ] 2933 1 [  ] 4019 |
| D | | | | [  ] 2933 [  ] 2933 1 [  ] 4019 |

| Date Sentence Pronounced | | | Time Served in State Institution |
|---|---|---|---|
| 10 | 10 | 2014 | DMH [  ]   CDC [  ]   CRC [  ] |

**17. The defendant is remanded to the custody of the sheriff** ☑ forthwith  ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to  ☑ the reception center designated by the director of the California Department of Corrections and Rehabilitation
☐ county jail   ☐ other *(specify)*

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE _____

CR-290 [Rev. July 1, 2010]

FELONY ABSTRACT OF JUDGMENT—DETERMINATE

Page 2 of 2



THE DOCUMENT TO WHICH THIS CERTIFICATE
IS ATTACHED IS A FULL, TRUE AND CORRECT
COPY OF THE ORIGINAL ISSUED BY THIS OFFICE
ON_____ OF RECORD.

ATTEST_____

SHERRI R. CARTER, Executive Officer/Clerk of
the Superior Court of California, County of Los
Angeles.

_____ Deputy

2014 DEC -1 PM 3: 44







ILB:c851bfc9-baed-46a7-9320-0f60b55d558f



EXHIBIT
B

OF APPENDIX
A



0.0140

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT - DETERMINATE
### [NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]

CR-290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES - SOUTH CENTRAL DISTRICT

PEOPLE OF THE STATE OF CALIFORNIA vs
DEFENDANT **TURNER, STEVE DEON**

DOB ███-84

AKA

CII# ███7906

BOOKING # ███271 ☐ NOT PRESENT

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT ☐ AMENDED ABSTRACT

-A
-B
-C
-D

| DATE OF HEARING 05-25-04 | DEPT NO SCL | JUDGE ARTHUR M. LEW |
|---|---|---|
| CLERK G. DICKEY | REPORTER K. MONTGOMERY | PROBATION NO. OR PROBATION OFFICER ███074 |
| COUNSEL FOR PEOPLE A. A. SODONIS | | COUNSEL FOR DEFENDANT THOMAS S. BYRNES ☐ APPTD |

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment
   ___ (number of pages attached)

| CNT | CODE | SECTION NO | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DAY/YEAR) | CONVICTED BY JURY | CONVICTED BY COURT | CONVICTED BY PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE CONSECUTIVE | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YRS | MOS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01B | PC | 211** | 2ND DEGREE ROBBERY | 2003 | 05-04-04 | X | | | M | | PRINCIPAL | | | X | | 3 | 0 |
| 01A | VC | 10851(A) | TKE VEH W/O OWNER'S CONSNT | 2002 | 01-02-03 | | | X | M | | | X | | | | 0 | 8 |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series) List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| LOS ANGELES | TA072845-01 |

6. ☐ TOTAL TIME ON ATTACHED PAGES:

7. ☐ Additional indeterminate term (see CR-292)

8. ☐ TOTAL TIME EXCLUDING COUNTY JAIL TERM | 3 | 8

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document

Page 1 of 2

Form Adopted for Mandatory Use

ABSTRACT OF JUDGMENT – PRISON COMMITMENT - DETERMINATE

Penal Code
§§ 1213, 1213.5

00141

| PEOPLE OF THE STATE OF CALIFORNIA vs DEFENDANT: TURNER, STEVE DEON | | | | |
|---|---|---|---|---|
| ~~TA06380564~~ -A | ~~TA000905~~-01 -B | | -C | -D |

9.  FINANCIAL OBLIGATIONS (including any applicable penalty assessments):

a.  Restitution Fine(s):

Case A: $200.00 per PC 1202.4(b) forthwith per PC 2085.5; $200.00 per PC 1202.45 suspended unless parole is revoked
Case B. $200.00 per PC 1202.4(b) forthwith per PC 2085.5; $200.00 per PC 1202.45 suspended unless parole is revoked
Case C: $____ per PC 1202.4(b) forthwith per PC 2085.5; $____ per PC 1202.45 suspended unless parole is revoked
Case D. $____ per PC 1202.4(b) forthwith per PC 2085.5, $____ per PC 1202.45 suspended unless parole is revoked

b.  Restitution per PC 1202.4(f):

Case A: $____ ☐ Amount to be determined  to ☐ victim(s)*  ☐ Restitution Fund
Case B: $____ ☐ Amount to be determined  to ☐ victim(s)*  ☐ Restitution Fund
Case C: $____ ☐ Amount to be determined  to ☐ victim(s)*  ☐ Restitution Fund
Case D. $____ ☐ Amount to be determined  to ☐ victim(s)*  ☐ Restitution Fund

(*List victim name(s) if known and amount breakdown in item 11, below.)

c.  Fine(s):

Case A: $____ per PC 1202.5. $____ per VC 23550 or ____ days ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS
Case B: $____ per PC 1202.5. $____ per VC 23550 or ____ days ☐ county jail ☐ prison In lieu of fine ☐ CC ☐ CS
Case C: $____ per PC 1202.5. $____ per VC 23550 or ____ days ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS
Case D: $____ per PC 1202.5. $____ per VC 23550 or ____ days ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS

d.  Lab Fee and Drug Program Fee:

Case A: Lab Fee: $____ per HS 11372.5(a) for counts ____ . ☐ Drug Program Fee of $150 per HS 11372 7(a)
Case B. Lab Fee: $____ per HS 11372.5(a) for counts ____ . ☐ Drug Program Fee of $150 per HS 11372.7(a).
Case C: Lab Fee: $____ per HS 11372.5(a) for counts ____ . ☐ Drug Program Fee of $150 per HS 11372 7(a).
Case D: Lab Fee: $____ per HS 11372.5(a) for counts ____ . ☐ Drug Program Fee of $150 per HS 11372 7(a).

10.  TESTING

a.  ☐ AIDS pursuant to PC 1202.1   b. ☐ DNA  pursuant to PC 296   c. ☐ other (specify).

11.  Other orders (specify):

12.  EXECUTION OF SENTENCE IMPOSED

a.  ☐ at initial sentencing hearing
b.  ☐ at resentencing per decision on appeal.
c.  ☒ after revocation of probation.
d.  ☐ at resentencing per recall of commitment   (PC 1170(d) )
e.  ☐ other (specify):

13.  CREDIT FOR TIME SERVED

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| A | 752 | 549 | 203 | ☐ 4019 ☐ 2933 1 |
| B | 493 | 429 | 64 | ☐ 4019 ☐ 2933 1 |
| C | | | | ☐ 4019 ☐ 2933 1 |
| D | | | | ☐ 4019 ☐ 2933 1 |

| Date Sentence Pronounced | Time Served in State Institution | | |
|---|---|---|---|
| | DMH | CDC | CRC |
| 01-16-03 | [ ] | [ ] | [ ] |

14  The defendant is remanded to the custody of the sheriff ☒ forthwith   ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to   ☒ the reception center designated by the director of the California Department of Corrections
☐ other (specify):

CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | | DATE |
|---|---|---|
| T. RANDELL | | 05-26-04 |

CR 290 (Rev. January 1 2003)

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE

Page 2 of 2

EXHIBIT

C

OF APPENDIX

A

00142

*Y ᵀUᵁUᵁ L RLSD*
*n-14-it / SUS*
*Cust*

ABSTRACT OF JUDGMENT – PRISON COMMITMENT · DETERMINATE
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

CR-290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA vs | DOB ████-83 |
| DEFENDANT, TURNER, STEVEN | |
| AKA, | |
| CII# ██7906 | |
| BOOKING # ██9271 | ☐ NOT PRESENT |

-A
-B
-C

ORIGINAL FILE

JUL 1 3 2004

LOS ANGELES
SUPERIOR COUR

| COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT | ☐ AMENDED ABSTRACT |
|---|---|

| DATE OF HEARING | DEPT. NO. | JUDGE |
|---|---|---|
| 06-29-04 | 128 | MARSHA A REVEL |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|
| C MIRES | J GOSNELL | |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | ☐ APP |
|---|---|---|
| M J O'GARA | R HABERER | |

1.  Defendant was convicted of the commission of the following felonies:
    ☐ Additional counts are listed on attachment
    ___ (number of pages attached)

| CNT. | CODE | SECTION NO | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DATE/YEAR) | CONVICTED BY JURY | COURT | PLEA | TERM (L, M, U) | CONCURRENT | CONSECUTIVE 10 VIOLENT | CONSECUTIVE 10 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | PRINCIPAL CONSEC TIME IMPO YRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | PC | 4502(A) | CUSTODIAL POSSESS OF WEAPN | 2003 | 06-29-04 | | | X | L | | | | X | | | 2 |
| 01N | PC | 211** | ROBBERY 2ND | 2003 | 05-04-04 | X | | | M | | | | | X | | 3 |
| | | | | | · · | | | | | | | | | | | |
| | | | | | · · | | | | | | | | | | | |
| | | | | | · · | | | | | | | | | | | |
| | | | | | · · | | | | | | | | | | | |

2.  ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally  Enter time imposed for each or "S" for stayed.  DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3   ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series).
    List all enhancements horizontally.  Enter time imposed for each or "S" for stayed.  DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | · | | | |
| | | | | | | | | |
| | | | | | | | | |

4.  ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170 12 (two-strikes).

5   INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| LOS ANGELES | TA072845 |
| | |

6   ☐ TOTAL TIME ON ATTACHED PAGES.

7.  ☐ Additional indeterminate term (see CR-292).

8.  TOTAL TIME EXCLUDING COUNTY JAIL TERM    5

This form is prescribed under PC 1213 5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document

Page 1



EXHIBIT

D

OF APPENDIX

A

BACK & FRONT
COPIES PLEASE



# Constitutional Concepts Foundation

## The Missing 13th Amendment to
## the Constitution
## for the united States of America

### Amendment XIII
### Passed by Congress May 1, 1810 - Ratified December 9, 1812.

"If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honour, or shall without t consent of Congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, kir prince, or foreign power, such person shall cease to be a citizen of the united States, and shall be incapable of holding o office of trust or profit under them, or either of them."

(Considerable controversy surrounds this Amendment - The official position of the Federal Government is that it was never ratified - but - in the past few months there is more than ample evidence that shows the Amendment was properly ratified on December 9, 1812, and if not then, certainly no later than March 10, 1819.

### SPECIAL NOTE

There has been a lot of discussion over the years about the fact that this Amendment was established to prohibit members of the BAR Association from participating in government offices.

If that were the sole purpose for this Amendment it is wasted energy. Our Founding Fathers were much more straight forward than that.

No Senator or Representative shall, during the Time for which he was elected, be appointed to any civil Office under the Authority of the United States, which shall have been created, or the Emoluments whereof shall have been encreased during su time: and no Person holding any Office under the United States, shall be a Member of either House during his Continuance in Office. - Article I, Section 6, Paragraph 2 - Constitution for the United States of America

This provision was established to maintain the clear dividing line that had been drawn between the three branches of the governmen Violation of this provision create a direct conflict of interest because members of the BAR would be officers of the court in the Judiciary branch and members of the legislature in the Legislative branch.

### History

For over 50 years the 13th Amendment was included in the publications of the Constitution for the united States

Many States, Territories, and even the Federal Government, itself, printed copies of the Constitution containing this Amendment

The Missing 13th Amendment to
the Constitution
for the united States of America

Amendment XIII
Passed by Congress May 1, 1810 - Ratified December 9, 1812.

"If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honour, or shall without the consent of Congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the united States, and shall be incapable of holding any office of trust or profit under them, or either of them."

(Considerable controversy surrounds this Amendment - The official position of the Federal Government is that it was never ratified - but - in the past few months there is more than ample evidence that shows the Amendment was properly ratified on December 9, 1812, and if not then, certainly no later than March 10, 1819.

**SPECIAL NOTE**

There has been a lot of discussion over the years about the fact that this Amendment was established to prohibit members of the BAR Association from participating in government offices.

If that were the sole purpose for this Amendment it is wasted energy. Our Founding Fathers were much more straight forward than that.

No Senator or Representative shall, during the Time for which he was elected, be appointed to any civil Office under the Authority of the United States, which shall have been created, or the Emoluments whereof shall have been encreased during such time: and no Person holding any Office under the United States, shall be a Member of either House during his Continuance in Office. - Article I, Section 6, Paragraph 2 - Constitution for the United States of America

This provision was established to maintain the clear dividing line that had been drawn between the three branches of the government. Violation of this provision create a direct conflict of interest because members of the BAR would be officers of the court in the Judiciary branch and members of the legislature in the Legislative branch.

1

5 Pennsylvania February 6, 1811 Ratified
6 New Jersey February 13,1811 Ratified
7 Vermont October 24, 1811 Ratified
8 Tennessee November 21, 1811 Ratified
9 Georgia November 22, 1811 Ratified
10 North Carolina December 23, 1811 Ratified
11 Virginia February 7, 1812 Ratified
(Date when Publication of Virginia Laws was approved)
12 Massachusetts February 27, 1812 Ratified
13 New York March 12, 1812 Did not Ratify
14 New Hampshire December 9, 1812 Ratified
15 Connecticut May 13, 1814 Did not Ratify
16 Rhode Island September 15, 1814 Did not Ratify
17 South Carolina December 21, 1814 Tabled the Motion without any action

April 30, 1812: Louisiana becomes the 18th state in the Union, but is not consulted on the pending constitutional amendment, although Louisiana recognized the validity of the 13th Amendment by publishing the Constitution in its Law Books in 1825 and again in 1855.

June 12, 1812: The War of 1812 begins.

June 12, 1812: Governor Plumer of New Hampshire sends letter to New Hampshire Legislature accompanied by letters from the Chief Executive Officers of Georgia, North Carolina, Tennessee, Virginia, and Vermont indicating ratification of the 13th Amendment by their State.

Virginia thus is shown to have properly ratified the Amendment. Discounting the letter from Governor Plumer of New Hampshire also requires that the Senate Record from New Hampshire also be discarded. There is no basis under which any reasonable argument can be proposed whereby it can be shown that both the Governor and the Secretary for the Senate were both lying.

Even if the New Hampshire information is wrong, Virginia printed a copy of the Constitution showing the 13th Amendment in its Law books in 1819. This date is the date, if no earlier date can be confirmed.

December 9, 1812: New Hampshire ratifies the 13th Amendment, the 13th of the 13 states required.

Ratification was completed on December 9, 1812.

# The "Missing" 13th Amendment

## The Historic Events surrounding the Missing 13th Amendment are outlined below:

| | |
|---|---|
| June 21, 1789 | The United States Constitution is ratified with New Hampshire becoming the ninth state to ratify. Article I, Sections 9 and 10 of the Constitution contain provisions that clearly prohibit the federal government and the states from granting any titles of nobility - However, no penalty for violation of this Article is specified. |
| March 4 - September 25, 1789 | The U.S. House of Representatives compiles a list of possible Constitutional Amendments, some of which will ultimately become the Bill of Rights. The House proposes seventeen of many offered; the Senate reduces the list to twelve. During this process Senator Tristram Dalton (Mass.) proposes an Amendment seeking to prohibit and provide a penalty for any American accepting a "title of nobility" (RG 46 Records of the U.S. Senate). Although it isn't passed, this is the first time a "title of nobility" amendment is proposed. |
| April 30, 1789 | George Washington is inaugurated and begins his term as the first President of the United States. He is a successful planter, surveyor, soldier and militia commander, member of the Virginia House of Burgesses, Virginia Delegate to the 2nd Continental Congress, Commander-in-Chief of the Continental Army during the War for Independence and was Chairman of the Constitutional Convention. Washington was also the first President of the Society of Cincinnati, in which membership was to be hereditary and carried a Title of Nobility. The Society's main purpose was to influence public affairs. |
| February 5, 1790 | The U. S. Supreme Court's third day. The first three practitioners before the bar were admitted as counselors. The Rules of the Court were adopted as to the form of writs and as to the admission of counselors and attorneys. In defiance of our Common Law, the Court adopted British style writ, defiance to the separation of powers in the Constitution the Court ordered - "It shall be requisite to the admission of attorneys or counselors to practice in this court, that they shall have been such for three years past in the Supreme Court of the State to which they respectively belong". The Constitution made no such requirement and assumed that since all men are equal anyone could either practice before the Court, or could even sit on the Supreme Court. This ruling was the beginning of government by lawyers. Thus, the Supreme Court that was supposed to protect the American People struck the first blow against liberty and became the biggest threat to our Constitution. |
| February 8, 9, and 10, 1790 | The only business trasacted was the admission of sixteen further counselors and seven attorneys. Of the nineteen counselors admitted at this four-day term - two were Senators and nine were Representatives - members of the first Congress. This is a blatant violation of the Separation of Powers declared by Article I, section 6, last phrase of Clause 2 - which states - no person holding any office under the United States shall be a member of either House during his continuance in office. It is interesting to note that all of the members of the Supreme Court were former Crown Lawyers Officers for the King. The Senators and Representative who were addmitted to the court had now taken two different Oaths of Office. Can a man serve two masters? This is still the case with all of the attorneys serving in our several Legislatures. |

| Date | Event |
|---|---|
| December 25, 1810 | Maryland ratifies the 13th Amendment, the 1st of 13 states required. Cover letter and Resolution addressed to James Monroe as Secretary of State, cover letter and Resolution transmittal to Edward Lloyd, Esquire, Governor of Maryland. Resolution signed by Clerk of the House, Clerk of the Senate, certified by a Clerk of the Court of Appeals,MD |
| January 31, 1811 | Kentucky ratifies the 13th Amendment, the 2nd of 13 states required. |
| | Ohio unanimously ratifies the 13th Amendment, the 3rd of 13 states required. On that same day, the Resolution is Signed by the Speaker of the Ohio House, Speaker of the Ohio Senate, and certified by the Secretary of State of Ohio, addressed to the President of the Senate of the United States. |
| February 2, 1811 | Delaware ratifies the 13th Amendment, the 4th of 13 states required. The resolution is signed by the Clerk of the House, but not delivered to the U.S. government. |
| | The Virginia House of Delegates approves of the TONA and enrolls the 13th Amendment as a pending bill, and sends notice to the Senate. |
| February 4, 1811 | An election is scheduled in the Virginia House of Delegates to replace William Munford , as he has been elected Clerk of the House. An election to fill the governorship vacated by James Monroe is scheduled for December 5. - The Senate receives the House of Delegates 2/2/1811 notice. |
| February 6, 1811 | Pennsylvania ratifies the 13th Amendment, the 5th of 13 states required. |
| February 9, 1811 | Kentucky notifies Congress it has ratified the 13th Amendment. Cover letter to The Speaker of the U.S. Senate, signed by Ch. Scott, Governor of Kentucky. Accompanying the letter is a resolution dated January 31, 1811, requesting the Governor to communicate the ratification to The Senate and House of the United States, and to the Governor of each of the states, certified by the Secretary of the State of Kentucky. |
| February 11, 1811 | In the U.S. Senate, Secretary of State Sam A. Otis delivers a letter acknowledging receipt of the Ohio Resolution delivered to President Monroe. |
| | Postmarked and certified by the Secretary of State of Pennsylvania this day, a cover letter of transmittal and Resolution of ratification by the state of Pennsylvania, addressed to President James Madison from Governor Snyder. |
| February 13, 1811 | New Jersey ratifies the 13th Amendment, the 6th of 13 states required. |
| February 14, 1811 | On the 3rd reading proposing ratification of the 13th Amendment, the Virginia Senate disagrees on the 13th Amendment ratification resolution. According to the Rules and Orders of the Senate, the matter may not be heard again in the same session "except where it may be judged proper" after conferring with the House of Delegates. |
| February 18, 1811 | A letter of transmittal is dated this day from Governor Bloomfield of New Jersey, addressed to Robert Smith Esq., Secretary Department of State Enclosed is the Resolution of Ratification by New Jersey. It is certified and receipted by James Linn, Secretary of the State of New Jersey, and certified again and sealed by Joseph Bloomfield, Governor of New Jersey. There is no notation that Secretary of State Smith has read the resolution to the Congress. |
| February 20, 1811 | In the Senate, Secretary of the Senate Sam A. Otis acknowledges and certifies receipt of the Resolution of Kentucky from the President of the United States. |

December 20, 1811  Governor George William Smith notifies the General Assembly of Virginia that Maryland, Pennsylvania and Tennessee have ratified the 13th Amendment.

December 21, 1811  The Virginia House of Delegates Journal reports receiving Gov. Smith's letter.

December 23, 1811  North Carolina ratifies the 13th Amendment, the 10th of 13 states required. The resolution is signed by the Speaker of the Senate, Speaker of the House, and certified by the Secretary of State.

December 24, 1811  Governor Blount of Tennessee sends a cover letter dated November 27 and transmittal of the Tennessee Resolution to James Monroe, Secretary of State. The Resolution is noted with "12th Cong. 1st Sess." dated December 24 and noted as "Read." by Monroe.

January 2, 1812  The House of Representatives of South Carolina, having taken up the Select Committee report of November 28, 1811 regarding a recommendation to ratify the 13th Amendment, postpones the matter without coming to any final decision.

January 4, 1812  Governor George William Smith of Virginia dies, having been in office less than 30 days. James Barbour is elected Governor of Virginia to replace Smith.

Cover letters and copies of the Georgia Resolution are sent from the Governor to the President of the U.S. Senate and to Secretary of State James Monroe.

January 17, 1812  Cover letters to James Madison Esq and The Hon Jesse Franklin are sent with certified copies of the North Carolina Resolution from Governor William Hawkins.

January 21, 1812  Gov. Barbour sends letters to both houses of the the General Assembly informing them that North Carolina has ratified the 13th Amendment.

January 22, 1812  Letter of transmittal and authenticated act from North Carolina are noted by the Secretary of State as "12 Cong. 1 Sess." and also noted as "Read."

January 23, 1812  The House of Delegates Journal reports receiving Gov. Barbour's 1/21/1812 letter.

January 24, 1812  Governor Barbour of Virginia sends supporting documents to the House regarding North Carolina's ratification of the 13th Amendment.
The Senate Journal reports receiving Gov. Barbour's 1/21/1812 letter.

February 6, 1812  Gov. Barbour sends letters to both houses of the General Assembly informing them that Georgia has ratified the 13th Amendment.

February 7, 1812  The Virginia House of delegates sends a bill to the Virginia Senate to approve the republishing of the existing 'Revised Code of the Law of this Commonwealth' [an edition prior to the 1819 Revised Code]. Andrew Stevenson, William Munford and William Hay, Jr. supervised the effort. Samuel Pleasants, Jr. was the printer. It was enacted because there were insufficient editions available to officers of the Commonwealth.

February 10, 1812  The House of Delegates Journal reports receiving Gov. Barbour's 2/6/1812 letter.
Secretary of the Senate Sam A. Otis notes in a cover letter to the Resolution of the Senate that the Georgia Resolution and Resolutions of other states which have ratified be sent to the Secretary of State. There is no notification to the House of Representatives or President noted by Otis or Monroe.

| | |
|---|---|
| September, 1813 | 29, and another on August 12. The Governor of South Carolina sends a message to the House of Representatives enclosing New Hampshire's Resolution approving the 13th amendment, and reminding them that no decision had been made on it in South Carolina's House. A Committee, with Benjamin Huger as Chairman, was appointed to examine the proceedings of the preceding legislature. Both the Select Committee report of November 28, 1811, and the Resolution from the U.S. Congress were ordered to lie on the table, and no further action was taken. The Committee examining the previous proceedings recommends that out of respect for Congress and the other states, the amendment should be disposed of in the current session, and further that it should be rejected. The committee explains that it feels Congress is already empowered to refuse permission to individuals to accept presents from foreign powers and has done so, and that the new amendment might later lead to negative consequences presently unforeseen. This report was ordered to be considered on the following Thursday, but nothing was done again. |
| August 3, 1813 | The Resolution of February 2, 1812 in the State of Delaware to ratify the 13th Amendment is certified again by the Clerk of the House of that state. |
| August 24, 1813 | The British army sets fire to the public buildings of Washington and the Library of Congress, destroying many of the journals of the U.S. House of Representatives |
| August 29, 1813 | The Resolution of February 2, 1812 in the State of Delaware to ratify the 13th Amendment is certified by the Secretary of State of Delaware, and transmitted to United States Secretary of State James Monroe. There is no record of Monroe informing Congress of such a receipt as he had done with Kentucky and Ohio, but the resolution is apparently found in his office later. |
| ember 15, 1813 | Rhode Island rejects the 13th Amendment. |
| ember 21, 1813 | The news of rejection by Rhode Island is sent by Governor Janes to Secretary of State James Monroe. The rejection is noted by Adams, but there is no notation that the rejection was read to Congress. |
| October 17, 1813 | Governor Joseph Alston of South Carolina sends a letter to the Secretary of State of the United States enclosing copies of the proceedings of the state Senate, and informing him that in South Carolina, "the question of adoption or rejection, on the proposed amendment, has never been taken by this state." The Secretary then notes receipt of the proceedings this date and marks the amendment as "Not finally acted upon" |
| ember 21, 1813 | South Carolina tables the proposed 13th Amendment. |
| ember 24, 1813 | Treaty of Ghent is signed officially ending the War of 1812. |
| ember 7, 1813 | Thomas Ritchie is voted Printer to the Commonwealth of Virginia for 1 year. |
| | Congress awards a contract to print the collected federal laws to Philadelphia publisher Bioren & Duane. In the introduction there is a caveat that the proposed 13th Amendment (the TONA) was, at the time of printing, not yet adopted into the Constitution but it could accumulate the requisite number of ratifications any day. This is noted about 60 pages removed from the text of the proposal itself, which is simply captioned 13th Amendment and immediately follows the 12th Amendment. The two are separated from the main text of the Constitution and the Bill of Rights in this printing. Official notification by all parties had not made the rounds at this time concerning the ratification of the 13th Amendment. |
| 1815 | The U. S. Congress authorizes the publishing of the Laws of the United States, including the Constitution for the United States of America. |

In spite of all this, and in spite of the fact that he received 4 copies of the Virginia Laws, Secretary of State John Quincy Adams reports twice to Congress during the year that not quite enough states have ratified the proposal to accomplish its adoption.

| March 15, 1819 | Maine becomes the 23rd state. Until then, it had been the District of Maine, attached to Massachusetts. |
| February 24, 1820 | Virginia's General Assembly passes an act requiring the governor to transmit four copies of several different editions of Virginia's laws, for the year 1792 and specific later years, including the session laws for both 1818 and 1819, i.e., the two volume set of Virginia's 1819 Revised Code to the U.S State Department. Thus, the Federal Government receives formal notification from Virginia that it had ratified the Titles of Nobility Amendment. |
| | At least one of these two volume sets sent to the State Department, and notated as received 29 August 1821, is still in the possession of the Library of Congress. |
| | It almost seems like the politicians in Washington were bent on ignoring the actions of Virginia. |
| August 10, 1821 | Missouri becomes the 24th state. Prior to that, it was a territory called the Missouri Country. |
| | Connecticut, having previously refused to ratify the amendment, publishes the 13th Amendment in the Statute Laws. |
| | North Carolina also publishes the 13th Amendment. |
| | Thomas Jefferson, framer of the Constitution, writes to Judge Spencer Roane, editor of the Virginia Statutes in a continuing correspondence. "Time indeed changes manners and notions, and so far we must expect institutions to bend to them. But time produces also corruption of principles, and against this it is the duty of good citizens to be ever on the watch, and if the gangrene is to prevail at last, let the day be kept off as long as possible." |
| April 22, 1822 | Governor Thomas Randolph of Virginia sends a letter to Governor John Adair of Kentucky recommending Benjamin Watkins Leigh as advisor for the revision of the Statute Law of Kentucky. Leigh subsequently becomes advisor to the editors of the revision. |
| | Kentucky and Rhode Island, even though Rhode Island had previously rejected the amendment, both publish the new 13th Amendment. |
| 1823 | Massachusetts, Mississippi, Illinois, and the Territory of Florida all publish the 13th Amendment. |
| 1824 | The TONA appears in the State Law books of Mississippi. No protest at being left out of the ratification process is noted. |
| | Ohio, Pennsylvania, Indiana, and Connecticut publish the 13th Amendment. |
| Dec 24, 1824 | Major Trueman Cross, Deputy Quarter-Master-General of the Army, requests authorization from Secretary of War John C. Calhoun to compile and publish the "Military Laws of the United States to which will be prefixed the Constitution of the United States" |
| Dec 30, 1824 | John C. Calhoun, Secretary of War under President James Monroe, approves the publication of "Military Laws of the United States to which will be prefixed the Constitution of the United States" |
| January 13, 1825 | Mr. Holmes, of Maine, submitted the following motion for consideration. Resolved, That the Committee on the Library be instructed to furnish to each |

"In the edition of the 'Laws of the U.S.,' before referred to, there is an amendment printed as Article 13, prohibiting citizens from accepting titles of nobility or honor, or presents, offices, &c. from foreign nations. But, by a message of the president of the United States of the 4th of February, 1818, in answer to a resolution of the house of representatives, it appears that this amendment had been ratified only by 12 states, and therefore had not been adopted. See vol. iv of the printed papers of the 1st session of the 15th Congress, No. 76."

1831   The 4th of February, 1818 date is prior to the March 10, 1819 Virginia Act that authorized the publication of the Laws of Virginia.

1831   Maine, Indiana, and Ohio publish the 13th Amendment.

1833   Ohio and the Northwest Territories, Michigan, and Illinois, publish the 13th Amendment.

Here again, the States are responsible for their own publications, but the United States Congress is responsible for publication of Territorial documents.

Justice Joseph Story of the U.S. Supreme Court publishes "Commentaries on the Constitution of the United States", which shows only the first twelve amendments as adopted. The document is heavily relied upon by judges and attorneys everywhere.

Is this the first conscious step in removing the 13th Amendment?

1835   Ohio, Missouri and Connecticut publish the 13th Amendment.

Benjamin Watkins Leigh, editor and revisor of the 1819 Virginia codes, is elected Senator for Virginia. We now know there is a person in the United States Senate that is knowledgable about Virginia's actions on the 13th Amendment. Yet he makes no move to deny Virginia's ratification.

1836   Senator Benjamin Watkins Leigh of Virginia leaves office.

March 4, 1837   Martin Van Buren becomes President. A trained attorney, he serves as Senator from New York in 1821, Secretary of State in 1827, Vice President in 1832.

1837   Florida again publishes the 13th Amendment.

1838   Indiana again publishes the 13th amendment.

1839   Mississippi, Illinois, Connecticut, and the Territory of Iowa publish the 13th Amendment.

1840   Missouri publishes the 13th Amendment.

March 4, 1841   William Henry Harrison becomes President. A Virginia planter, he serves in the Army from 1791 to 1798, when he becomes Secretary of the Northwest Territory, and its delegate to Congress. He later serves as Governor of the Indiana Territory from 1801 to 1811, and as a General in the War of 1812.

April 4, 1841   President Harrison dies after just 30 days in office. John Tyler becomes president. Tyler is an attorney from Virginia, and a strict constitutionalist. He has served in the Virginia House of Delegates 3 times - from 1811-1816, 1823-25, and from 1839-1840. He has also served in the House of

13

| January 22, 1818 | Connecticut Secretary of State Thomas Day sends copies of the Connecticut failure resolution to Secretary of State John Quincy Adams. There is no note in Adams' records as to whether the original Resolution was ever received, though he now has a copy of it. Adams notes the failure, but does not note whether the result is read to Congress. |
| January 28, 1819 | Mr. Johnson, of the Virginia Senate oversight committee to review enrolled bills, reports to the Senate on the progress, due diligence and consideration, and judicious course to be followed in the revision of the laws of Virginia. |
| February 3, 1818 | Secretary of State John Quincy Adams sends a two page report to the U.S. House of Representatives. Adams states that 12 States have ratified Article XIII, three States have rejected it, and he has no information from South Carolina and Virginia. Adams was only concerned with the seventeen states who had participated in the initial process under Article V of the Constitution. He does not report with regard to Louisiana, Illinois, Indiana or Mississippi, and clearly, does not consider them a part of the process. |
| February 4, 1818 | Pursuant to a Resolution of the House, James Monroe makes inquiries of ratification of the 13th Amendment by South Carolina and Virginia. " I transmit to the house a detailed report from the secretary of state, which contains all the information that has been received upon that subject." (CIS U.S. Serial Set Index - Misc. 446 (15-1) ASP038) |
| February 6, 1818 | President Monroe reports to the House that the Secretary of State Adams has written to the governors of Virginia, Connecticut, and South Carolina to tell them that the proposed Amendment has been ratified by twelve States and rejected by two (New York and Rhode Island), and has asked the governors to notify him of their legislature's position. (House Document No. 76) [House Journal] |
| February 27, 1818 | A letter is sent from President Monroe to the House of Representatives concerning South Carolina's failure to ratify the 13th Amendment. [House Journal] |
| February 28, 1818 | Secretary of State Adams reports the rejection of the Amendment by South Carolina (House Doc. No. 129). |
| February 28, 1818 | It had not been rejected, it had been tabled with no action taken. |
| March 21, 1818 | A letter from John Quincy Adams, Secretary of State to Charles Buck, states in part, "Upon a return from the Executive of Virginia, for which application has been made by this Dept. it will be known with precision what is the fate of the proposed amendment, and no time will be lost in communicating it to you." |
| March 24, 1818 | Pennsylvania publishes the 13th Amendment in the Digest of the Laws of Pennsylvania. This is now the second time we know that the 13th Amendment was published. |
| April 20, 1818 | The Fifteenth Congress passes an act [ Chapter LXXX ] to provide for the publication of the laws of the United States, requiring the Secretary of State to publish notification, with his certificate, that any amendment which heretofore has been, or hereafter may be, proposed to the constitution of the United States, has been adopted, according to the provisions of the constitution and that the amendment has become valid as a part of the constitution of the United States. The notification is to specify the states which have adopted the amendment. |

9

| 1858 | Nebraska Territory again publishes the 13th Amendment. |
| 1859 | Nebraska Territory publishes the 13th Amendment again. |
| 1860 | The Southern States are threatening to secede from the union over the long standing issue of tariffs. |
| November, 1860 | Abraham Lincoln is elected President, James Buchanan still serving. |
| November 3, 1860 | President Buchanan asks Congress for an "explanatory amendment" designed to convince the southern states not to secede. President-elect Abraham Lincoln approves. Congress approves the Joint Resolution, and it signed by the Speaker of The House William Pennington, Vice President of the United states and President of the Senate John C. Breckenridge, and later approved by President Buchanan, certified by the Clerk of the House |
| December 20, 1860 | South Carolina secedes from the union, the first to do so. The Secession Convention of South Carolina voted unanimously in favor of leaving the union at 1:07 PM. The declarations were signed later that evening starting at 6:00 PM. |
| 1860 | Nebraska Territory publishes the 13th Amendment again. |
| January 9, 1861 | Mississippi secedes from the union. |
| January 10, 1861 | Florida secedes from the union. |
| January 11, 1861 | Alabama secedes from the union. |
| January 19, 1861 | Georgia secedes from the union. |
| January 26, 1861 | Louisiana secedes from the union. |
| January 29, 1861 | Kansas is admitted to the Union as a Free State |
| February 1, 1861 | Texas secedes from the union. |
| February 4, 1860 | A Peace Convention, sponsored by the Virginia State Legislature, convenes in Washington, D.C. to try for peace. Though invited, no seceded states officially attend. The Convention is a failure. |
| February 4, 1860 | Delegates from South Carolina, Mississippi, Florida, Georgia, Alabama, Louisiana, and Texas meet in Montgomery, Alabama to write the Confederate States of America Constitution. |
| February 28, 1860 | The proposed "explanatory amendment" often referred to as the " Corwin amendment " is passed by the House, regarding permanent protection of slavery in those States where it then existed. It was silent on the subject of servitude in the Territories. |
| | It is also called the 13th Amendment. This is the first time in our history that an Amendment to the Constitution has been deliberately numbered. No protest is made that the number was already used. This is the final brazen step in eliminating the true 13th Amendment. |
| | The seceded states, of course, take no interest. |

15

security surrounding Abraham Lincoln is ever provided to a grieving American public.

May 4, 1865  General Dick Taylor surrenders to General Canby all the remaining rebel forces east of the Mississippi and all hostilities of the war cease, except for outlaw bands.

December 6, 1865  Congress reconvenes. 10 of 11 former Confederate states have governments functioning under federal direction.

The legislatures in those states are not validly elected representatives of the people. They are serving as appointees under the military occupation.

None of the 11 states were represented in Congress when the new Amendment was proposed in February. However, 8 of those states ratify the "new" 13th Amendment as part of the preconditions for recognition as states of the United States again.

Isn't it interesting that a condition for being accepted back into the union is the ratification of the "New 13th Amendment" by the bogus legislators?

This provides the necessary three-fourths of the states, and the "new" 13th Amendment is ratified, replacing and effectively erasing the original 13th Amendment which outlaws titles of nobility, honors, and emoluments from foreign powers.

It took the War of 1812 to hide the documents from Virginia, and the Civil war to create the cover to hide the true 13th Amendment itself. Some very powerful people didn't want the ban of Titles of Nobility and the claiming of honors. Who? And, Why?

Amendment XIV

Section 1.
Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

Section 2.
Congress shall have power to enforce this article by appropriate legislation.

The fourteenth (numbered as the thirteenth) amendment to the Constitution of the United States was proposed to the legislatures of the several States by the Thirty-eighth Congress, on the 31st day of January, 1865, and was declared, in a proclamation of the Secretary of State, dated the 18th of December, 1865, to have been ratified by the legislatures of twenty-seven of the thirty-six States. The dates of ratification were: Illinois, February 1, 1865; Rhode Island, February 2, 1865; Michigan, February 2, 1865; Maryland, February 3, 1865; New York, February 3, 1865; Pennsylvania, February 3, 1865; West Virginia, February 3, 1865; Missouri, February 6, 1865; Maine, February 7, 1865; Kansas, February 7, 1865; Massachusetts, February 7, 1865; Virginia, February 9, 1865; Ohio, February 10, 1865; Indiana, February 13, 1865; Nevada, February 16, 1865; Louisiana, February 17, 1865; Minnesota, February 23, 1865; Wisconsin, February 24, 1865; Vermont, March 9, 1865; Tennessee, April 7, 1865; Arkansas, April 14, 1865; Connecticut, May 4, 1865; New Hampshire, July 1, 1865; South Carolina, November 13, 1865; Alabama, December 2, 1865; North Carolina, December 4, 1865; Georgia, December 6, 1865. Ratification was completed on December 6, 1865.

1913   William Torrence of the State Library staff in Virginia removes the original vouchers of the public printers from the auditor's storage rooms  Are t
       Vouchers important? Read on!

1917   Published by Dr. Earl G. Swem , Librarian, College of William and Mary. "A Bibliography of Virginia" is issued in two parts, under the heading
       "Bulletin Virginia State Library". Part II reads: "Containing the Titles of the Printed Official Documents of the Commonwealth, 1776-1916." The
       compilation is executed by William Torrence of the State Library Staff, but Dr. Swem adds considerable cachet to the publication with this stater
       quoted as is, from the Introduction: "It would have been impossible to clear up the uncertainty about many items printed from 1776 to 1820, if th
       original vouchers of the public printers had not been found. These vouchers were among the manuscripts which the compiler of this volume rem
       from the auditor's storage rooms in 1913."

1917   st time, a time limit is imposed for ratification of a constitutional amendment. Section 3 of the 18th Amendment states that: "This Article shall be
       e unless it shall have been ratified ... within seven years from the date of submission, to the States by Congress." The time limit affects only this
       amendment, but the habit of time limits is adopted for future amendments.

1920   In a habeas corpus petition concerning a man convicted under the National Prohibition Act. In Ex parte Dillon, 262 F. 563 (N.D. Cal. 1920), the c
       holds that the amendment became effective upon ratification, and not on the date of the Secretary's proclamation.

       In United States ex rel Widenmann v. Colby, 265 F. 998 (1920), aff., 257 U.S. 619, 42 S.Ct. 169 (1921). In a case concerning the proclamation r
       by the U. S. Secretary of State that an amendment (the 18th) had been ratified, the court holds that the Secretary of State was merely performin
       ministerial act in making such proclamation and that an amendment becomes a part of the U. S. Constitution when ratified by the requisite numt
       states, and not when the Secretary's proclamation is made.

1921   In Dillon v. Gloss, 256 U.S. 368, 41 S. Ct. 510 (1921) the court again holds that amendments are effective upon the date of ratification, not the d
       of announcement of ratification.

1983   David Dodge and Tom Dunn discover an 1825 Maine edition the U.S. Constitution containing the original 13th Amendment which no longer app
       in the Constitution.

December 23, 1999   TONA Committee of Correspondence Researcher Suzanne Neviing discovers compelling evidence of Virginia's ratification of the 13th Amendme
       the University of California at Davis and subsequently discovers the State Department copy in the Library of Congress of the Revised Code of th
       Laws of Virginia which was sent to the State Department as notification of the Ratification of the 13th Titles of Nobility and Honor Article of
       Amendment to the Constitution For The United States.

       As we have attempted to demonstrate, there are ongoing unlawful attempts to abrogate and modify our Constitution. Our freedom is under attac
       Not from an armed outside enemy, but from trusted officials whom we have elected, or appointed, to watch over our Life, Liberty, and the Pursu
       Happiness. The no more insidious assault than an attack by trusted individuals from within the system. These people have violated their
       Constitutional duties.





**THE STATE BAR
OF CALIFORNIA**

OFFICE OF CHIEF TRIAL COUNSEL
INTAKE UNIT

845 SOUTH FIGUEROA STREET, LOS ANGELES, CALIFORNIA 90017-2515

TELEPHONE  (213) 765-1000
FAX  (213) 765-1168
http //www calbar ca gov

August 26, 2016

Steven Turner Jr
CCI, PO BOX 1031
Tehachapi, CA 93561

RE:   Inquiry Number:      16-24555
        Respondent:           Kamala Harris, Gerald Engler, Jerome McGuire, Jacquelyn Lacey,
                                     Hon. Marguerite Downing, & Edmund Douglas

Dear Mr. Turner:

This letter is in response to your complaint received on August 11, 2016, regarding the above referenced
attorneys.

We have reviewed your complaint and are unclear as to the circumstances of your complaint.

Please send a written statement detailing separately what each attorney did or did not do, stating only
facts (for example, the attorney did not appear at a scheduled hearing) and be as brief as possible.  You
may provide **copies** of relevant documentation to support your allegations of misconduct.  All
documents that you send to the State Bar, whether **copies or originals**, become State Bar property and
cannot be returned.

With this information, we shall be in a better position to evaluate your complaint.

Very truly yours,

Curtis M. Glaccum
Deputy Trial Counsel

# CERTIFICATE OF SERVICE

I, Steven Dean Turner Jr, hereby Certify that I have this day mailed by the United States mail, postage prepaid, a true and correct copy of the AFFIDAVIT OF TRUTH OF STEVEN DEON TURNER JR with Exhibits A, B, & C attached to the following:

OFFICE OF CHIEF TRIAL COUNSEL
INTAKE UNIT
THE STATE BAR OF CALIFORNIA
845 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017-2515

Dated: 9-6-16          By _____ Jr
                       Attorney-in-fact
                       without Prejudice UCC-1-207

(1 of 1)

# STEVEN DEON TURNER JR
# AFFIDAVIT OF TRUTH

State of California )
) ss
Los Angeles County )

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

"Indeed, no more than (Affidavits) is necessary to make the Prima facie case". United States V. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L.W. 2169; S.Ct March 22, 1982

I, (Steven Deon Turner Jr.) herein "Affiant," having been first duly sworn, deposed, states and declares that Affiant is competent to state the matters included in his declaration, has knowledge of the facts, and declared that to the best of his knowledge, statements made in this Affidavit are true, correct, and not meant to mislead, and herein states:

1. THAT Respondents, Kamala Harris, Jacquelyn Lacey (Affiant strikes Marguerite Downing, Jerome McGuire, & Edmund Douglas from this Complaint) failed and refused to respond, which is required under Truth in Lending Regulation Z, and rebut point for within the (3) day time period of grace, Affiant

(1)                                                      By 8

NOTICE OF SURETY ACT AND BOND sent on 1-12-16
with a proof of service under California Evidence
Code 2015. 28 USC 1746, with picture of Affiant Face.
This will be attached as **exhibit A**. Attached as exhibit
B is a 119 outgoing legal mail log, confirming that
respondents was sent the aforemention aboved.
That said NOTICE OF SURETY ACT AND BOND became the
Contract and the agreement in the event of non-re-
spone to the NOTICE OF SURETY ACT AND BOND and
the respondents has stipulated to the facts so in re-
ferenced and in full agreement regarding the
following, hereinafter, to wit:
**1. THAT** KNOW ALL MEN, BY THESE PREVENTS, I,
Staten Deon Turner Jr, Principal Titled Sovereign,
neutral, surety, guarantor, a free man upon the free
soil of California, state that I am not a Corporation,
am a living being, of legal age, Competent to testify,
have personal first hand knowledge of the truths and
facts stated herein as being true, correct, complete, cer-
tin and not misleading.
**2. THAT** I, Steven Deon Turner Jr, of my own free will
and accord, in the Presence of Almighty God, in Capacity
as benefiary to the Original Jurisdiction, in good Conc-
ience, do willing under take to act as surety, to pledge
and provide Private bond, in the Amount of twenty one
Dollars in Silver Coinage, minted by the American —
Treasury (at the Legial and Lawful 24 to 1 ratio pres-
cribed by law) United States of America, personally

By SP

held in my ownership and possession. This under-
taking is in accordance with Article VII in the Bill of
Rights of the Constitution of the United States. This bond
is to the credit of the private party listed hereon, Steven
Deon Turner Jr, capacity as beneficiary to the Original
Jurisdiction, by his appellation, as full faith and credit
guarantee to any Lawful Bill in Redemption, duly
presented under seal in Lawful specie money of the
account of the united States of America, Original Jurisdic-
tion, to wit, pursuant and in party to the cost-expense
ratio of Senate bill 70 on file with this State.

**3. THAT** the Bill of Redemption is a tender as set off
for any Alleged Contract, aggreement, consent, assent
purportedly held, as an obligation of duty against
Steven Deon Turner Jr, so as to cause an imputed dis-
ability, or presumption against the capacity, Rights
and powers of Steven Deon Turner Jr, the Specific intent
of the bond, under seal, is to establish, by My witness,
the good credit and Lawful money specie of Steven
Deon Turner Jr.

**4. THAT** I, Steven Deon Turner Jr, do make this surety,
pledge, bond, under My Seal, as full faith and credit
guarantee, to any Lawful Bill, duly presented, to Me
under Seal, under Penalties of Perjury, in Lawful
money of account of the united States of America, in
the matter of Correct public Judicial Corporate actions
in the forum of Original Rules, Original Jurisdiction, for
the benefit and credit of the peculiar Private party listed

(3)                                    BY

1. above and their heirs and assigns.

2. **5. THAT** the intent of the bond, under seal, is to est-

3. ablish by my witness, the good credit, in the sum cer-

4. tin amount of at least twenty-one dollars in silver

5. Coinage, which carries no debt obligation worldwide,

6. minted by the American Treasury, united States of

7. America, Lawful specie dollars of the united States of

8. America, available to bond the actions of the private party

9. listed in the bond, and further, in reservation of Rights

10. under Common Law and Customs of the united States

11. of America, original Jurisdiction, Original Rules, has, be-

12. fore this assembly of Men, a bond in tender of twenty

13. -one Dollars silver, Coinage Act of A.D 1792, Bond of

14. identity and character as proof positive, **competent**

15. **evidence**, Steven Deon Turner Jr Cannot be bankrupt,

16. the Causa dependi, not cessio bonorum, or a forma

17. pauperis, dolus trust STEVEN DEON TURNER JR ⊙

18. **6. THAT** The life of this bond covers five(5) years from

19. the date entered below unless the claimants/Respondants

20. Kamala Harris, Jacquelyn Lacey, enters a true Bill of

21. Particulars and all related Causes of action and advice of

22. Counsel (whoever claimants about, for) and information

23. with ~~testamentary~~ documentation under the penalties

24. of Perjury per title 26 USC 6065 into evidence in the

25. Case of the peculiar private party listed above, in which

26. case the life of the bond will be extended for a

27. period of two (2) years after such documentation

28. is presented under the penalties per Title 26 USC

(4)  By ⊕

Title 26 USC 6065 in the case of the peculiar party
listed above; whereby, by the signature Jurat and Seal
of Steven Dean Porcaro, in capacity as **beneficiary**
of the Original Jurisdiction, Surety, guarantor, herein
Confirms, attest, and affirm this bond All **assumptions**
and presumptions have to be proven in writing, signed
and Sealed before three witnesses as a valid response
if any

**7. THAT** respondents have failed to respond which is
required under the (3) day grace period, under Truth
in Lending act Regulation **Z**, to this Affiant NOTICE
OF SURETY ACT AND BOND

**8. THAT** Respondents agreed to being "**collaterally
estopped**" from any further adversarial actions against
the peculiar private party listed above, and for good
cause not limited to the Laws of Collateral estoppel,
Coercion, fraud and want of subject matter Jurisdict-
ion, the Claimants/Respondents assented to the peculiar
private party listed above demands that the **causes(s)
be vacated, dismissed and the accounts be immediately
discharged With Prejudice**

**9. THAT** respondents lack of response or rebuttal (under
the penalties of perjuries) means; Claimants/Respondents/
Kamala Harris and Jacquelyn Lacey, agreed and
assented to this Notice of Surety Act and Bond and that
a fault exists, UCC section 1-201 (16), Creating fraud —
through material misrepresentation that vitiates all
forms, contract, testimony, agreements, etc. expressed"

by S

or implied, from the beginning, UCC Section 1-103, of which claimant/ Respondent may rely on, and there is no longer permission by consent or assent for any demand of payment being ordered or levied against the peculiar private, party listed above, and the peculiar private party listed above further demanded that the record be expunged and the records and facts of the above attached be turnt over to the homeland security

**10. THAT** Respondents have Violated BUSINESS AND PROFESSIONS Code § 6068 (a) (b) (d) (f) (g) (h) (l) (m) (o) (2) (10) (5). see also CA. Jur. 3d Attorneys at Law § 278 Violation of Oath of Office or Duties. CA. Jur 3d At Law § Unjust or Corrupt Cause. CA. Jur. Attorneys at Law § 277, Misleading the Court.

FUTHER AFFIANT SAYTH NOT.

Teste Meipso

Done this 6 day of September, anno Domino, in the year of our Lord, twothousand and sixteen

X _____ ) secured party

Steven Deon Turner VI, Only in capacity as beneficiary of the Original Jurisdiction

All RIGHTS RESERVED WITHOUT PREJUDICE, UCC 1-1-308

⑥

By



EXHIBIT
A

RE: ACCOUNT (UCC TRUST ACCOUNT)
CONTRACT OF TRUST ACCOUNT # ~~XXXXX~~ 7765
____ RETURN RECIEPT REQUESTED.

# PROOF OF SERVICE
## CALIFORNIA CODE OF EVIDENCE
## 2015. 5 28 USC 1746

I, declare under penalty of Perjury that I am not a UNITED STATES CITIZEN and that I am a Inhabitant of Los Angeles California by Way of the Creator (domiciled ~~XXXXX~~ 1984) and I am over the Age of 18

On 1-12-16, I filed and Served a true copy of the Attached NOTICE OF SURETY ACT AND BOND re: UCC Contract Trust Account number 5548 1 7765 with FINGER PRINTS IN SUPPORT OF ORIGINAL UDINER SURETY BOND AND JUSTIFICATION OF SURETY SUBROGATION in said cause by Placing a true copy inclosed in a full and post-age envelope Sealed delivered CSP-LAC officials to be Placed in a U.S. mail box in the UNITED STATES MAIL, in a LAC-CSP mail, in a CSP mail box, at Los Angeles California addressed as follows:

| | |
|---|---|
| RECORDED LIENS | SUPERINTENDENT |
| Register Recorder/County Clerk | OF DOCUMENTS |
| Document Analysis, Recording | PO Box 371954 |
| 12400 Imperial Hwy. RM 1006 | Pittsburgh, PA 15250-7954 |
| Norwalk, California, 90650 | |

[black redaction bar]

(1) of (4)                    By C.

1. U.S. Dept of Treasury                    Treasurer of State
2. ATTN: Jacob J. Lew                       ATTN: John Chiang
3. Secretary of the Treasury                915 Capital Mall Rm 110
4. 1500 Pennsylvania Ave N.W.               Sacramento, CA 95814
5. Washington, D.C. 20220
6.                                          Department of Home Land
7. State Justice Institute                  Security
8. Suite 600 1650 King Street               1500 Pennsylvania Avenue
9. Alexandria, VA 22314                     N.W. Washington, D.C. 20220
10. ████████████████████
11.
12. United States Institute of Peace        Defence Contract
13. Suite 200, 1200 Seventeenth             Audit Agency
14. Street N.W. Washington DC               8725 John J Kingman
15. 20036                                   ████████████
16.                                         Road, Suite 2135
17.                                         Fort Belvoir, VA 22060-6217
18.
19. Government Accountability
20. Office
21. 441 G Street N.W.,                      IRS Chief Legal
22. Washington, D.C. 20548                  Counsel
23. ████████████████████                    1111 Constitution Ave N.W.
24. ████████████████████                    Washington, D.C. 20224
25. GSA/IRS
26. Special Procedures Handling Office
27. 8000 Flint Road - Lanham, Maryland 20706
28.

(2) of (9)        618



STATE OF WASHINGTON                    (ATTORNEY GENERAL)

DEPT OF LICENSING-UCC                  (Kamala D. Harris)

PO BOX 9660                            Gerald A. Engler,

OLYMPIA, WA 98507-7660                 (Chief Assistant)

DIRECTOR-OMB                           Attorney General
725 17th St NW
WASHINGTON DC 20503                    300 S. Spring Street, 5th Floor

                                       Los Angeles CA. 90013-1213


JEROME MCGUIRE                         Judge Flier, J.

Attorney at Law                        Jdg Bigelow, P.J.

PO Box 1609706                         Judge Rubin, J.

Sacramento, CA 95816                   Court of Appeal of California

TREASURY DATA INTEGRITY                Second Appellate District, Div.8
       BOARD
1500 Pennsylvania                      Fl. 2, North Tower
Avenue N.W.
WASHINGTON, DC 20224                   300 South Spring St.

                                       Los Angeles, CA. 90013-1213

Judge Paul A. Bacigalupo              ACTING TREASURY INSPECTOR
                                      GENERAL FOR TAX ADMINISTRATION
Los Angeles County Superior Court     1500 PENNSYLVANIA AV N.W.
                                       WASHINGTON D.C. 20224
Compton Courthouse, 4th Floor

800 West Compton Blvd

Compton, CA 90220                      Jackie Lacey

                                       Los Angeles County District

                                       Attorney

                                       200 W. Compton, Blvd, 7th Floor

                                       Compton CA, 90220



Sherri R. Carter,                    Marguerite Downing
Executive office/clerk               Edmund D. Edelman
i Brandi Murdock, Deputy             Children Court Dept 407
Compton Courthouse 4th Floor         201 Centre Plz. Drive
200 West Compton Blvd                Monterey Park, CA 91754-
Compton, CA 90220                    2158

Philip L. Browning
Director of Department
of Children and Family
Service
Bureau of Operations
11539 Hawthorne Blvd
Hawthorne CA, 90250

SUPREME COURT OF THE UNITED STATES
U.S. Supreme Court Building
1 First Northwest, Washington, DC 20543

I declare under Penalty of Perjury that the forgoing is
true and correct based on my own knowledge and
belief executed at Los Angeles California on said date
1-12-16

By [signature]
STEVEN DONT TURNER, Agent

(4) of (4)    c.v.0

1  c/o P O Box 4610
2  Lancaster, CA 93539
3  Steven Dean Turner Jr

5  County of Los Angeles  )
6                         )
7  State of California     ) Asseveration
8                         )
9  united States of America )

11  Steven Dean Turner Jr
12  Only in Capacity as Beneficiary to the Original Jurisdiction

### NOTICE OF SURETY ACT AND BOND

14  Re: UCC Contract Trust Account number ~~XXXX~~ 7765

16  KNOW ALL MEN, BY THESE PRESENTS; I, Steven Dean
17  Turner Jr, Principal, Titled Sovereign, neutral, surety, guaran-
18  tor, a free man upon the free soil of California, State that I
19  am not a corporation, am a living being, of legal age, compet-
20  ent to testify, have personal first-hand knowledge of the truth
21  and facts stated herein as being true, correct, complete certain
22  and not misleading.
23  I, Steven Dean Turner Jr of my own free will and accord, in the
24  presence of Almighty God, in Capacity as beneficiary to the
25  Original Jurisdiction, in good Conscience, do willing undertake
26  take to act as Surety, to pledge and provide private bond,
27  in the amount of Twenty one Dollars in Silver Coinage, min-
28  ted by the American Treasury of at the legal and lawful

1    could 24 to 1 ratio prescribed by law) united States of

2    America, personally held in my ownership and possess-

3    ion. This undertaking is in accordance with Article VII

4    in the Bill of Rights of the Constitution of the United States.

5    This bond is to the Credit of the private party listed hereon,

6    Steven Dean Turner Jr capacity as beneficiary to the Original

7    Jurisdiction, by his appearance, as full faith and Credit

8    guarantee to any lawful Bill in Redemption, duty pre-

9    sented under Seal in lawful specie money of the acc-

10   ount of the united States of America, Original Jurisdiction,

11   to wit, pursuant and in party to the cost—expense ratio of

12   Senate Bill 70 on file with this State.

13   The Bill of Redemption is tender as set off for any illegal

14   Contract, agreement, Consent, assent purportedly held

15   as an obligation of duty against Steven Dean Turner Jr so

16   as to cause an imputed disability, or presumption or upset

17   the capacity, Rights and Powers of Steven Dean Turner Jr

18   The Specific intent of the **BOND** under seal, is to establish by

19   My witness, the good credit and lawful money specie

20   of Steven Dean Turner Jr.

21   I, Steven Dean Turner Jr, do make this surety, Pledge, bond,

22   under **MY** Seal, as full faith and credit guarantee, to any

23   lawful Bill, duty presented, to Me under **Seal**, under penal-

24   ties of Perjury, in Lawful money of account of the united States

25   of America, in the matter of Correct public Judicial/corporate

26   actions in the forum of Original Rules, Original Jurisdiction,

27   for the benefit and credit of the Real live Private Party listed

28   above and their heirs and assigns.



The intent of the bond, under seal, is to establish by My Witness, the good credit, in the sum certain amount of at least twenty-one dollars in silver coinage, which carries no debt obligation worldwide, minted by the American Treasury, United States of America, Lawful specie dollars of the united States of America, available to bond the actions of the private party listed in the Bond, and further in reservation of Rights under Common Law and Customs of the united States of America, Original Jurisdiction Original Rules, has, before this assembly of Men, a bond in trade of twenty-one Dollars Silver Coinage Act of A.D. 1792, Bond of Identity and character as proof positive, competent evidence, Steven Deon Turner®©, cannot be bankrupt, the causa debendi, not cessio bonorum, or a forma pauperis, dolus trust STEVEN DEON TURNER ☺

The life of this bond covers five (5) years from the date entered below unless the claimant enters a true Bill of particulars and all related causes of action and advice of Counsel (who our claimant works) and informal or with the documentary documentation under the penalties of perjury for Title 26 USC 6065 into evidence in the case of the factual private party listed above, in which case the life of bond will be extended for a period of two (2) years after such documentation is presented under the penalties

perjury per Title 26 USC 6065 in the Case of the Peculiar
Party listed above, whereby, by the signature Jurat and
Soul of Steven Dean Turner Jr., in capacity as beneficiary
of the Original Jurisdiction, surety, guarantor, herein con-
firms, attest, and affirm this bond. All assumptions and
presumptions have to be proven in writing, signed and
sealed before three witnesses as a valid response, if
any.                    Upon failure of response required
under the three (3) day grace period under Truth in Lending,
Regulation Z, to respond and rebut, point for point, this
Notice of Surety Act and Bond from receipt, UCC section 1-204
unless a request for an extension of time is presented in writing,
claimant is hereby Collaterally estopped from any further adv-
ersarial action against the peculiar private party listed
above, and for good cause not limited to the laws of Collateral
estoppel, coercion, fraud, and want of subject matter juris-
diction, the peculiar private party listed above demands that
the curse(s) be vacated, dismissed and the accounts be imm-
ediately discharged with prejudice. A lack of response or
rebuttal under the penalties of perjury proves claimant
assents to this Notice of Surety Act and Bond and that a
fault exists, UCC section 1-201 (16), creating fraud through
material misrepresentation that vitiates all forms, contracts,
testimony, agreements, etc. expressed or implied from the beg-
inning, UCC section 1-103, of which claimant may rely on
and there is no longer prima facie consent or assent for any
demand or payment being ordered or levied against the

peculiar private party listed above, and the peculiar
private party listed above further demands that the
record be expunged and the records and facts of the
above attached captioned matter(s) be turned over to
the Office of Homeland Security and any other interested
federal agency for their investigation of violations of fed-
eral law and any interlocking agencies, et al. Failure
to Comply pursuant to the Truth in Lending Act will negate
all remedies for Claimant. Any Third Party Compelled to
serve will make Claimant liable for Civil and Criminal
prosecution in accordance with the Erie and Clearfield
Doctrines.

NOTICE TO THE PRINCIPALS IS NOTICE TO THE AGENTS
NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPALS

Tested Affilisso

Done this 11th day of January, anno Domino, in the
year of our Lord, two thousand and sixteen

x _____     ) Secured Party
Steven Dean Turner VI, only in capacity as beneficiary of the
Original Jurisdiction
ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC-1-308

COUNTY OF LOS ANGELES )
                       ) ss.
STATE OF CALIFORNIA )



Olivier Dela Turner Jr, known by Me or made known to
Me by proper identification and duly sworn, certified
and Exemplified, pursuant to applicable State statutes
this 11th day, day of the January month in the
year of Our Lord, two thousand and sixteen

_____          )          George Wilson
Signature                          )          NAME IN CAPS


John Lambert                       )          JOHN LAMBERT
Signature                                     NAME IN CAPS


Signature James Monroe     NAME IN CAPS JAMES MONROE



# ORIGINAL

ID# ▓▓7906

## SILVER SURETY BOND

In accordance with 31 CFR Part 203

Court of LOS ANGELES

State of CALIFORNIA

I, Steven Dean Turner Jr, hold in my possession Unted States Minted Silver Coin (see Asseveration) and do hereby enter myself security for Costs in the cause, and action, hereby, a myself bound to pay or cause to be paid (effect payment) all Costs which may accrue in such actions upon proof of claim and proof of loss to any party induced by any UNBONDED claim presented against STEVEN D. TURNER. And, I, Steven Dean Turner Jr. under certain, with my Private exemption STEVEN D TURNER, ▓▓▓▓7765, all such costs that may be proven.

Dated this 11th day of January, 2016,      Steven Dean Turner, Agent

Cos. Bond + Herbest Sheet)     Action non datur non damnificato

## JUSTIFICATION OF SURETY SUBROGATION

County of LOS ANGELES  }
                       } :ss
State of CALIFORNIA    }

Personally appeared this day before me Steven Dean





1  Turner Jr of the County and State aforesaid, firstly on the

2  bond of Steven Dean Treasurer being duly sworn, deposes and

3  says that he is seized of his right mind, and that over and

4  above all of his Just debts and liabilities, in property not

5  exempt by law from levy and sale under execution, of a

6  clear unencumbered estate of the value in excess of

7  (100,000,000)   within the jurisdiction of this State and/or

8  the District of Columbia.

9  On this 11th day of January 2016, before me the under-

10  signed Credible witness with the Strength of a notary

11  public (see American EXP. co vs-Haire 21 ind. 4 83 AM.

12  Dec. 334 & 8 AM Jur bills and notes & & 706, 707) in and

13  for the State of California Los Angeles County, appeared

14  ROTHEREE DUVALL FOSTER      )  GEORGE WILSON

15  personally known to me or (✓) proved to me on the basis

16  of satisfactory evidence, to be the person whose signature

17  appears in the within instrument and acknowledge to me

18  that he executed it

19

20  C.D. Foster              )  Rotheree Duvall Foster

21  Signature                    PRINT NAME IN CAPS

22  John Lambert                 JOHN LAMBERT

23                           )

24  Signature                    PRINT NAME IN CAPS

25                               George Wilson

26

27  see finger prints Attachments

28  Bond Attachment statement sheet

FINGER PRINTS IN SUPPORT
OF ORIGINAL SINER SURETY BOND AND
JUSTIFICATION OF SURETY SUBROGATION



TURNER, STEVEN DEON

-7765



EXHIBIT B

| Date | Name | CDC# | Addressee | City, State Zip Code |
|---|---|---|---|---|
| 1/13/2016 | TURNER | AV2541 | CLERK OF CT SUPREME CT OF US | WASHINGTON DC 20543 |
| 1/13/2016 | TURNER | AV2541 | STATE OF WASHINGTON DEPT OF LICENS | OLYMPIA W 98507 |
| 1/13/2016 | TURNER | AV2541 | K HARRIS CHIEF ASSIS ATTY GEN | LA CA 90013 |
| 1/13/2016 | TURNER | AV2541 | JDG BIGELOW FLIER AND RUBIN CT OF APPEALS OF CA | LA CA 90013 |
| 1/13/2016 | TURNER | AV2541 | DIRECTOR OMB | WASHINGTON DC 20503 |
| 1/13/2016 | TURNER | AV2541 | RECORD COUNTY CLERK | NORWALK CA 90650 |
| 1/13/2016 | TURNER | AV2541 | US INSTITUTE OF PEACE | WASHINGTON DC 20036 |
| 1/13/2016 | TURNER | AV2541 | SUPERINTENDETN OF DOC | PITTSB PA 15250 |
| 1/13/2016 | TURNER | AV2541 | TREASURY INTEG BRD | WASHINGTON DC 20224 |
| 1/13/2016 | TURNER | AV2541 | GOV ACCOUNT OFFC | WASHINGTON DC 20548 |
| 1/13/2016 | TURNER | AV2541 | SHERRI CARTER EXEC OFFC CLERK | COMPTON CA 90220 |
| 1/13/2016 | TURNER | AV2541 | CSB LIRS SPECIAL PROCEDURE HANDLING OFFC | MARYLAND 20702 |
| 1/13/2016 | TURNER | AV2541 | STATE JUSTICE INSTITUTE | ALEXANDRA VA 22314 |
| 1/13/2016 | TURNER | AV2541 | TREASURY INSPECT GEN FOR TAX ADMIN | WASHINGTON DC 20224 |
| 1/13/2016 | TURNER | AV2541 | UD DEPT TREASURY JACOB LAW | WASHINGTON DC 20220 |
| 1/13/2016 | TURNER | AV2541 | TREASURER OF STATE JOHN CHIANG | SAC CA 95814 |
| 1/13/2016 | TURNER | AV2541 | JACKIE LACEY LAC DIS ATTY | COMPTON CA 90220 |





**THE STATE BAR OF CALIFORNIA**

OFFICE OF CHIEF TRIAL COUNSEL
INTAKE UNIT

845 SOUTH FIGUEROA STREET, LOS ANGELES, CALIFORNIA 90017-2515

TELEPHONE  (213) 765-1000
FAX  (213) 765-1168
http //www calbar ca gov

August 26, 2016

Steven Turner Jr
CCI, PO BOX 1031
Tehachapi, CA 93561

RE:   Inquiry Number:   16-24555
      Respondent:       Kamala Harris, Gerald Engler, Jerome McGuire, Jacquelyn Lacey,
                        Hon. Marguerite Downing, & Edmund Douglas

Dear Mr. Turner:

This letter is in response to your complaint received on August 11, 2016, regarding the above referenced attorneys.

We have reviewed your complaint and are unclear as to the circumstances of your complaint.

Please send a written statement detailing separately what each attorney did or did not do, stating only facts (for example, the attorney did not appear at a scheduled hearing) and be as brief as possible.  You may provide **copies** of relevant documentation to support your allegations of misconduct.  All documents that you send to the State Bar, whether **copies or originals**, become State Bar property and cannot be returned.

With this information, we shall be in a better position to evaluate your complaint.

Very truly yours,

Curtis M. Glaccum
Deputy Trial Counsel

# CERTIFICATE OF SERVICE
## Enclosure 1 of 3

Republic of California  }
Subscribed and Affirm
County of Kings

I, DWAN DAVIS, the undersigned/mailer server, being of sound mind and order and dress, do hereby Certify; attest and affirm that the following for true true and correct:

1. That at the City of Tehachapi, Kings County, in the Republic of California, on the 21 day of November 2016, that on behalf of Steven Dean Tracy Sr, a natural person, the undersigned personally deposited the following documents (listed below) inside the envelope, sealed them and transmitted them via the Carrier indicated in item 9 below, to wit:

| Item # | Document Discription | Number of Pages |
|---|---|---|
| 1. | Petition for a Writ of Habeas Corpus | 33 |
| 2 | Appendix A Of Exhibits | 1 |
| 3 | On Petition for Writ of Habeas Corpus, Request for Judicial Notice of Appendix of relevant Exhibits | 4 |
| 4 | 2014 Abstract of Judgment | 5 |
| 5 | 2004 Abstract of Judgment | 3 |
| 6 | 2004 Abstract of Judgment | 2 |
| 7 | The missing 13th Amendment to the Constitution for the united States of America | 26 |
| 8 | Insurity # H-24555 (State) Attorney General's (CA) | 26 |
| 9 | Enclosure (1): Certificate of Service (this document) | 3 |
| 10 | Memorandum Points and Authorities | 7 |

(1)

1  total of 10 documents with combined total of 110
2  pages.
3  2. That I personally mailed said document(s) via the
4  placing of a true copy inclosed in a bill pre-paid postage
5  envelope, sealed and delivered to California Correctional
6  Institution Officers, to be placed in a U.S. mail box at
7  Tehachapi, California, at said City and State, one
8  (1) Complete set of ORIGINAL/COPIED documents,
9  as described in item 1 above, properly enveloped and
10  address to (addressee's):
11  (a) Secretarial Executive Office Program Division
12  Administrative Office of the Courts, 455 Golden Gate
13  Avenue, San Francisco, CA 94108.
14  (b) Commission on Judicial Performance
15  455 Golden Gate Avenue, suite 14400
16  San Francisco, California 94102
17  (c) Los Angeles County Superior Court
18  Stanley Mosk Courthouse
19  111 N. Hill Street, Los Angeles
20  California, 90012-3014
21  (d) DEPARTMENT OF JUSTICE
22  State of California
23  Attorney General
24  50 Fremont Street, Suite 300
25  San Francisco, CA 94105
26  3. That I am at least 18 years of age;
27  4. That I am not related to Steven Dan Turner Us, by blood,
28  marriage, adoption, or employment but serve as a

(2)

disinterested third Party " (herein "Server"), and furthr,

5. That I am in no way Connected to, or involved in or

With, the person and/or matter at issue in this

instant action.

I Now affix my Signate to these Affirmations.

(Signature): ____ ____ Mailer/Server

(Print name): JOHN DAVIS



(3)

| SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS: Clara Shortridge Foltz Criminal Justice Center 210 West Temple Street Los Angeles, CA 90012 | CONFORMED COPY ORIGINAL FILED SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES JAN 2 3 2017 Sherri R. Carter, Executive Officer/Clerk BY _____, Deputy Gabriela Alonzo |
| STEVEN DEON TURNER JR., | |
| CLERK'S CERTIFICATE OF MAILING CCP, § 1013(a) Cal. Rules of Court, rule 2(a)(1) | CASE NUMBER: TA132992 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that this date I served:

☐ Extension Order
☐ Order to Show Cause
☐ Order for Informal Response
☐ Order of Dismissal
☐ Order Granting Ex Parte Application to file a return to the Petition for Writ of Habeas Corpus
☐ Order re: Motion for Confidentiality
☒ Memorandum of Decision (Habeas Corpus)
☐ Transfer Order (Habeas Corpus)

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to the cause. I served this document by placing true copies in envelopes addressed as shown below and then by sealing and placing them for collection; stamping or metering with first-class, prepaid postage; and mailing on the date stated below, in the United States mail at Los Angeles County, California, following standard court practices.

Office of the District Attorney
Post-Conviction Litigation & Discovery Division
Habeas Corpus Litigation Team
320 West Temple Street, Suite 540
Los Angeles, CA 90012

Steven Deon Turner, #AV2541
4-B-5-A-207
California Correctional Institution
P.O. Box 1906
Tehachapi, CA 93581

January 23, 2017
DATED AND DEPOSITED

SHERRI R. CARTER, Executive Officer/Clerk

By: _____, Clerk
Gabriela Alonzo

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 01/23/17

------------------------------------------------------------------------

CASE NO. TA132992

THE PEOPLE OF THE STATE OF CALIFORNIA
                        VS.
DEFENDANT 01:  STEVEN DEON TURNER

------------------------------------------------------------------------


INFORMATION FILED ON 05/22/14.

COUNT 01: 246 PC FEL
COUNT 02: 29800(A)(1) PC FEL
COUNT 03: 30305(A)(1) PC FEL
COUNT 04: 148(A)(1) PC MISD


ON 01/03/17 AT  200 PM  IN CENTRAL DISTRICT DEPT 100

CASE CALLED FOR JUDICIAL ACTION

PARTIES: WILLIAM C. RYAN (JUDGE)  STAN KADOHATA  (CLERK)
         NONE      (REP)  NONE  (DDA)

DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

*****MINUTE ORDER CONTINUED FROM 1:30 PM*****
.
LASTLY, PETITIONER PRESENTS FIVE QUESTIONS FOR THE COURT: (1)
HAS THE ENTIRE CALIFORNIA COURT SYSTEM BEEN TURNED INTO A

GIGANTIC FOR PROFIT BUSINESS?; (2) ARE THE CALIFORNIA COURTS NOW
NOTHING MORE THAN CORPORATE, COMMERCIAL TRIBUNALS?; (3) IS THE
LEGAL SYSTEM'S ONLY GOAL TO KIDNAP AND ABDUCTS ITS FORMER
CITIZENS AND TURN THEM INTO RIGHT LESS RESIDENTS IN ORDER TO
"SHANG-HI THEM INTO SLAVERY?"; (4) HAVE "VILLAINOUS FEW MEMBERS"
OF THE BAR ASSOCIATION MADE BILLIONS FROM SERVITUDE AND
SUFFERING OFF THE BACKS OF INCARCERATED PERSONS; AND (5) IS IT
POSSIBLE TO ILLEGALLY IMPRISON PEOPLE IN AMERICA WITHOUT AN
ACTUAL JUDGMENT OF CONVICTION SIGNED BY A JUDGE?  THE ANSWER TO
ALL OF PETITIONER'S QUESTIONS IS NO.
.
FOR ALL THE FOREGOING REASONS, THE PETITION FOR WRIT OF HABEAS
CORPUS IS DENIED.
.
THE CLERK IS ORDERED TO SERVE A COPY OF THIS DECISION UPON


                                  JUDICIAL ACTION
            PAGE NO.   1        HEARING DATE: 01/03/17



**Superior Court of California**

CLARA SHORTRIDGE FOLTZ
CRIMINAL JUSTICE CENTER
**Writ Center**
210 West Temple Street
Los Angeles, California 90012-3014

*County of Los Angeles*

January 30, 2017

**Case Name:**

**Case Number:**

*In re Steven Deon Turner*

TA132992

Dear Mr. Turner:

This correspondence is in response to your request for ruling filed on January 26, 2017.  The court responds as follows:

☐   Your pleading was filed on [DATE], and assigned case number [CASE NUMBER].

☐   Your filing does not include your trial court case number.  Please provide your trial court case number in all future correspondence with the court

☐   Your pleading was filed on [DATE], and was assigned/transferred to [COURT], whose department can be reached at [ADDRESS].

☐   The court has no record of any pleading filed on or about August 20, 2016.  If you wish to file a petition challenging the validity of the criminal judgment, you may do so by sending it to 210 W. Temple St., Los Angeles, CA 90012.

☒   Your habeas corpus petition, filed on December 1, 2016, was denied by Judge William C. Ryan on January 3, 2017.  A copy of the order was served to your address; as a courtesy, however, a copy of the minute order is included with this correspondence.

☐   Your pleading is being returned to you because you are represented by an attorney.  Represented parties have no right to present their cases personally alongside counsel.  (*In re Barnett* (2003) 31 Cal.4th 466, 471-472.)

☐   Your pleading was filed with the wrong court.  A [PLEADING] must be filed in the [COURT], which is located at [ADDRESS].

☐   Your remedy is to file an appropriate verified petition or motion with the court; you cannot do so via an informal letter.

☐   The court does not provide legal advice to parties.

☐   The court does not provide legal forms to parties.  If you wish to file a petition for writ of habeas corpus, you may obtain a Judicial Council Form MC-275 from the law library or, if you are an inmate or prisoner, from your correctional counselor.

☐   Court records for the Central District may be obtained by writing the clerk's office at:
　　　Clara Shortridge Foltz Criminal Justice Center, Clerk's Office
　　　210 West Temple Street
　　　Los Angeles, CA 90012

☐   Miscellaneous [EXPLAIN]

Sincerely,

Superior Court of California, County of Los Angeles
Criminal Writ Center

[BF]

CASE NO. TA132992
DEF NO.  01                                    DATE PRINTED 01/30/17

SEVERAL PETITIONS SEEKING EXTRAORDINARY RELIEF BEFORE THIS COURT
AND THE COURT OF APPEAL.  HE IS CURRENTLY INCARCERATED AT
CALIFORNIA CORRECTIONAL INSTITUTION.
.
ON DECEMBER 1, 2016, PETITIONER FILED THE INSTANT 32-PAGE
PETITION FOR WRIT OF HABEAS CORPUS, ALONG WITH A MEMORANDUM OF
POINTS AND AUTHORITIES.  THEPETITION, WHILE FAR FROM AMODEL OF
CLARITY, IS DEFICIENT IN SEVERAL RESPECTS.
.
FIRST, PETITIONER FAILED TO FILE THE PETITION ON A JUDICIAL
COUNCIL FORM MC-275, NOR DID HE SHOW GOOD CAUSE FOR HIS FAILURE
TO DO SO.  (CAL. RULES OF COURT, RULE 4.551(A)(1).)
.

SECOND, PETITIONER FAILED TO SERVE A COPY OF THE PETITION UPON
THE RESPONDENT, AS REQUIRED.  (PEN. CODE, § 1475.)
.
THIRD, THE PETITION IS REPETITIOUS AND PIECEMEAL IN THAT THEY
COULD HAVE BEEN RAISED ON APPEAL OR IN HIS PRIOR HABEAS CORPUS
PETITIONS.  (IN RE RENO (2012) 55 CAL.4TH 428, 454-455, 490-493;
IN RE CLARK (1993) 5 CAL.4TH 750, 767-769.)  "ENTERTAINING THE
MERITS OF SUCCESSIVE PETITIONS IS INCONSISTENT WITH OUR
RECOGNITION THAT DELAYED AND REPETITIOUS PRESENTATION OF CLAIMS
IS AN ABUSE OF THE WRIT."  (RENO AT P. 455.)
.
FOURTH, PETITIONER ATTACHES NO DOCUMENTATION IN SUPPORT OF HIS
CLAIMS.  A PETITIONER SEEKING A WRIT OF HABEAS CORPUS BEARS THE
BURDEN OF PROVIDING REASONABLY AVAILABLE DOCUMENTARY EVIDENCE IN
SUPPORT OF EACH CLAIM.  (IN RE RENO, SUPRA, 55 CAL.4TH AT P.
499; PEOPLE V. DUVALL (1995) 9 CAL.4TH 464, 474.) PETITIONER
ATTACHED VARIOUS DOCUMENTATION TO HIS PETITION BUT NONE OF IT
SUPPORT HIS CLAIMS OF ERROR.
.
FIFTH, WHILE PETITIONER ASSERTS THE SUPERIOR COURT HAS "REALIZED
THERE IS NOW BIG MONEY IN THE ILLEGAL SLAVE TRADE OF HAPLESS

PRISONERS, ARE NOW ISSUING 'ABSTRACT OF JUDGEMENT' [SIC] IN LIEU
OF VALID 'JUDGEMENT [SIC] OF CONVICTION'", HE FAILS TO ALLEGE
ANY CONCRETE CLAIM OF ERROR.  PETITIONER IS CORRECT INSOFAR AS
THE ABSTRACT OF JUDGMENT (AOJ) DOES NOT CONSTITUTE THE JUDGMENT
OF CONVICTION BUT DOES NOT ARTICULATE HOW THE AOJ DIFFERS FROM
THE COURT'S ORAL PRONOUNCEMENT OF JUDGMENT.  (PEOPLE V. MITCHELL
(2001) 26 CAL.4TH 181, 185.)  CONCLUSORY ALLEGATIONS ARE
INSUFFICIENT TO WARRANT HABEAS CORPUS RELIEF.  (PEOPLE V.
DUVALL, SUPRA, 9 CAL.4TH AT P. 474.)
.
SIXTH, PETITIONER FAILS TO EXPLAIN HOW THE STATE IS VIOLATING
ARTICLE I, SECTION 10 OF THE
UNITED STATES CONSTITUTION.  ACCORDING TO PETITIONER, "THE STATE
CANNOT MAKE PAPER LEGAL TENDER FOR THE PAYMENT OF ANY DEBT, OR
FOR ANYTHING FOR THAT MATTER, WITHOUT VIOLATING ARTICLE 1,

```
                        MINUTE ORDER
        SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
```

DATE PRINTED: 01/30/17

------------------------------------------------------------------------

CASE NO. TA132992

THE PEOPLE OF THE STATE OF CALIFORNIA
                        VS.
DEFENDANT 01:  STEVEN DEON TURNER

------------------------------------------------------------------------

INFORMATION FILED ON 05/22/14.

COUNT 01: 246 PC FEL
COUNT 02: 29800(A)(1) PC FEL
COUNT 03: 30305(A)(1) PC FEL
COUNT 04: 148(A)(1) PC MISD

ON 01/03/17 AT  200 PM  IN CENTRAL DISTRICT DEPT 100

CASE CALLED FOR JUDICIAL ACTION

PARTIES: WILLIAM C. RYAN (JUDGE)  STAN KADOHATA  (CLERK)
          NONE      (REP) NONE  (DDA)

DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

*****MINUTE ORDER CONTINUED FROM 1:30 PM*****
.
LASTLY, PETITIONER PRESENTS FIVE QUESTIONS FOR THE COURT: (1)
HAS THE ENTIRE CALIFORNIA COURT SYSTEM BEEN TURNED INTO A

GIGANTIC FOR PROFIT BUSINESS?; (2) ARE THE CALIFORNIA COURTS NOW
NOTHING MORE THAN CORPORATE, COMMERCIAL TRIBUNALS?; (3) IS THE
LEGAL SYSTEM'S ONLY GOAL TO KIDNAP AND ABDUCTS ITS FORMER
CITIZENS AND TURN THEM INTO RIGHT LESS RESIDENTS IN ORDER TO
"SHANG-HI THEM INTO SLAVERY?"; (4) HAVE "VILLAINOUS FEW MEMBERS"
OF THE BAR ASSOCIATION MADE BILLIONS FROM SERVITUDE AND
SUFFERING OFF THE BACKS OF INCARCERATED PERSONS; AND (5) IS IT
POSSIBLE TO ILLEGALLY IMPRISON PEOPLE IN AMERICA WITHOUT AN
ACTUAL JUDGMENT OF CONVICTION SIGNED BY A JUDGE?  THE ANSWER TO
ALL OF PETITIONER'S QUESTIONS IS NO.
.
FOR ALL THE FOREGOING REASONS, THE PETITION FOR WRIT OF HABEAS
CORPUS IS DENIED.
.
THE CLERK IS ORDERED TO SERVE A COPY OF THIS DECISION UPON

```
                        JUDICIAL ACTION
          PAGE NO.   1      HEARING DATE: 01/03/17
```





**Universal Life Church**

ADDRESS: 601, 3RD ST, MODESTO, CALIF. 95351

This is to certify that the bearer hereof

Steven Deon Turner

has been ordained this day    May 4th,  2017

and has all rights and privileges to perform all duties of the Ministry.

## CREDENTIALS OF MINISTRY

Kirby J Hensley, Founder
President 1959-1999

Lida G. Hensley, D.D
President 1999-2006

Andre J Hensley, President

Office Clerk



Certificate of Service
1 of 3

Republic of California )
Subscribed and Affirm )
County of Kern )

I, Charles Mayor, the undersigned/mailer, server, being of sound mind and under no duress, do hereby certify, attest and affirm that the following facts are true and correct:

1. That at the City of Tehachapi, County of Kern in the Republic of California, on the **25** day of **June 2017** that on behalf of Steven Dean Turner II, a natural person, the undersigned personally deposited the following documents (listed below) inside the envelope, sealed them and transmitted them via the Carrier indicated in item #10 below to wit;

| Item # | Document Description | Number of pages |
|--------|--------------------|------|
| 1 | Petition For Writ of Habeas Corpus / Civil Complaint in the form of a | 33 |
| 2 | Memorandum of Points and Authorities | 7 |
| 3 | Request for Judicial Notice of Appendix A | 6 |
| 4 | Abstract of Judgment | 5 |
| 5 | Abstract of Judgment | 3 |
| 6 | Abstract of Judgment | 2 |
| 7 | The Missing 13th Amendment | 26 |
| 8 | Inquiry # 16-24555 | **36** |

①

1  9  | Credentials of Ministry | .1
2  10 | Enclosures (s): Certificate of service (This document) 1 of 3 | 3
3      | Total of 10 documents with combined total of | 107
4  Pages.
5  2. That I personally mailed said documents via the
6  placing of a true copy inclosed in a full pre-paid po-
7  stage envelope, sealed and delivered to California Correct-
8  ional Institutional officers, to be placed in a U.S. mail Box
9  at Tehachapi, California, at said city and state, one
10 complete set of the ORIGINAL COPIED documents, in item
11 10 above, properly enveloped and addressed to :

12 (a) U.S. District Court Clerks Office,
13   333 Constitution Avenue, NW, Room 1225
14   Washington, DC 20001

15

16

17 3. That I am at least 18 years of age;
18 4. That I am not related to Steven Dean Turner Jr., by blood,
19   Marriage, adoption, or employment but serve as a dis-
20   interested third party (herein "Server") and Further
21 5. That I am in no way connected to, or involved
22   in or with the person and/or matter at issue in
23   this instant Civil Complaint in the form of a Habeas
24   Corpus Action

I now aff (( my signature to these attumations.

(Signature): _____ Mailer/Server.

(Printhere): Charbs Meyer

_____ ss:lou3/(cs) die: uec-1-207



# Certificate of Acknowledgment

(State of California )
County of Kern )

On **June 25th** of 2017        before me,
Paul Carlos Garcia            , personally app-
eared Steven Dean Turner Jr, who proved to me on the
basis of satisfactory evidence to be the person(s) whose
name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the
same in his/her/their authorized capacity(ies), and
that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.
I certify under **PENALTY OF PERJURY** under the laws
of the State of California that the forgoing paragraph
is true and correct.
**WITNESS** my hand and official seal.
Signature: Paul Carlos Garcia
Minister of the Universal Life Church
International Headquarters
601 3rd St Modesto, California 75151
(209) 527-8111



